IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

GEORGIACARRY.ORG, INC.,
and DAVID JAMES

    Plaintiffs,

v.                    CIVIL ACTION FILE
                     NO. 4:14-CV-00139-HLM

THE U.S. ARMY CORPS OF
ENGINEERS, and JOHN J.
CHYTKA, in his official capacity
as Commander, Mobile District of
the U.S. Army Corps of Engineers

    Defendant.

## ORDER

This case is before the Court on the Court's own Motion.

On June 12, 2014, Plaintiffs filed this lawsuit. (Docket Entry No. 1.) Although Plaintiffs' Complaint contains a request for injunctive relief, Plaintiffs have not filed a

separate motion requesting injunctive relief. (See generally Compl. (Docket Entry No. 1); see generally Docket.) The Court requires parties who seek temporary restraining orders or preliminary injunctions to file separate motions and supporting briefs requesting such relief. N.D. Ga. 7.1A(1). The Court will not grant a temporary restraining order or a preliminary injunction simply because a plaintiff's complaint itself requests injunctive relief.

ACCORDINGLY, to the extent that Plaintiffs seek a temporary restraining order, a preliminary injunction, or other emergency injunctive relief, the Court **DIRECTS** Plaintiffs to file a separate motion requesting such relief, along with a supporting brief.

AO 72A
(Rev.8/8
2)

IT IS SO ORDERED, this the 13 day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/8
2)