# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC. <br> And DAVID JAMES, | ) <br> ) <br> ) | |
| Plaintiffs | ) <br> ) | CIVIL ACTION FILE NO. |
| v. | ) <br> ) <br> ) <br> ) | 4:14-CV-139-HLM |
| THE U.S. ARMY CORPS OF ENGINEERS, <br> And <br> JON J. CHYTKA, in his official Capacity as Commander, Mobile District of the US Army Corps of Engineers, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SERVICE ON DEFENDANT U.S. ARMY CORPS OF ENGINEERS

I swear under penalty of perjury that I served a summons and complaint on

Defendant U.S. Army Corps of Engineers on June 13, 2014 by mailing a copy of

them certified mail to:

The Attorney General of the United States
950 Pennsylvania Ave., NW
Washington, DC  29530

Civil Process Clerk
United States Attorney's Office
75 Spring Street, SW
Atlanta, GA  30303

U.S. Army Corps of Engineers
441 G. Street NW
Washington, DC  20226

                              JOHN R. MONROE,

                              ___/s/ John R. Monroe_____
                              John R. Monroe
                              Attorney at Law
                              9640 Coleman Road
                              Roswell, GA 30075
                              Telephone: (678) 362-7650
                              Facsimile: (770) 552-9318
                              jrm@johnmonroelaw.com
                              Georgia Bar No. 516193

                              ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on June 13, 2014, I served a copy of the foregoing via U.S. Mail upon:

Sally Yates
U.S. Attorney for the Northern District of Georgia
75 Spring Street, NW, Suite 600
Atlanta, GA  30303

                                                /s/ John R. Monroe
                                                John R. Monroe