IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC. And DAVID JAMES, | ) ) ) | |
| Plaintiffs | ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) ) ) | 4:14-CV-139-HLM |
| THE U.S. ARMY CORPS OF ENGINEERS, And JON J. CHYTKA, in his official Capacity as Commander, Mobile District of the US Army Corps of Engineers, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SERVICE ON DEFENDANT JON J. CHYTKA

I swear under penalty of perjury that I served a summons and complaint on

Defendant Jon J. Chytka on June 13, 2014 by mailing a copy of them certified mail

to:

The Attorney General of the United States
950 Pennsylvania Ave., NW
Washington, DC  29530

Civil Process Clerk

United States Attorney's Office
75 Spring Street, SW
Atlanta, GA 30303

Jon J. Chytka
District Commander
109 Saint Joseph Street
Mobile, AL 36602

                              JOHN R. MONROE,

                              ___/s/ John R. Monroe_____
                              John R. Monroe
                              Attorney at Law
                              9640 Coleman Road
                              Roswell, GA 30075
                              Telephone: (678) 362-7650
                              Facsimile: (770) 552-9318
                              jrm@johnmonroelaw.com
                              Georgia Bar No. 516193

                              ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on June 13, 2014, I served a copy of the foregoing via U.S. Mail upon:

Sally Yates
U.S. Attorney for the Northern District of Georgia
75 Spring Street, NW, Suite 600
Atlanta, GA  30303

             /s/ John R. Monroe
             John R. Monroe