IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| GEORGIACARRY.ORG, INC. and DAVID JAMES, <br><br> Plaintiffs, <br><br> v. <br><br> THE U.S. ARMY CORPS OF ENGINEERS, and JON J. CHYTKA, in his official capacity as Commander, Mobile District of the US Army Corps of Engineers, <br><br> Defendants. | CIVIL ACTION NO. <br> 4:14-cv-00139-HLM |

## ORDER

Having read and considered the Defendants' Unopposed Motion for Extension of Time to file an opposition to Plaintiffs' Motion for Preliminary Injunction, and for good cause shown, it is hereby ORDERED that the Defendants shall be granted an extension of time to file their response, including any and all supporting documents related thereto, through and including July 14, 2014.

So ordered this 2nd day of July, 2014.

_____
Harold L. Murphy
United States District Judge