IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC., and DAVID JAMES, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) | 4:14-CV-139-HLM |
| U.S. ARMY CORPS OF ENGINEERS and JOHN J. CHYTKA, in his official capacity as Commander, Mobile District, U.S. Army Corps of Engineers, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

The Clerk of Court is respectfully requested to enter the appearance of Daniel Riess, Trial Attorney, United States Department of Justice, in the above-captioned action as additional counsel for Defendants.

Dated: July 14, 2014                      Respectfully submitted,

Of Counsel                                STUART F. DELERY
                                          Assistant Attorney General

SALLY QUILLIAN YATES
United States Attorney
LORI BERANEK                              /s/ Daniel Riess
Assistant United States Attorney          DIANE KELLEHER
600 Richard B. Russell Federal Building   Assistant Branch Director

1

75 Spring Street, S.W.  
Atlanta, Georgia 30303  
Lori.Beranek@usdoj.gov

DANIEL RIESS  
Trial Attorney  
U.S. Department of Justice  
Civil Division, Rm. 6122  
20 Massachusetts Avenue, NW  
Washington, D.C. 20530  
Telephone: (202) 353-3098  
Fax: (202) 616-8460  
Email: Daniel.Riess@usdoj.gov  
*Attorneys for Defendants*