# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC., and DAVID JAMES, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) | 4:14-CV-139-HLM |
| U.S. ARMY CORPS OF ENGINEERS and JOHN J. CHYTKA, in his official capacity as Commander, Mobile District, U.S. Army Corps of Engineers, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## **CERTIFICATE OF COMPLIANCE**

I certify that Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction [ECF No. 11] has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1B for documents prepared by computer.

/s/ Daniel Riess
DANIEL RIESS

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC., and DAVID JAMES, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) | 4:14-CV-139-HLM |
| U.S. ARMY CORPS OF ENGINEERS and JOHN J. CHYTKA, in his official capacity as Commander, Mobile District, U.S. Army Corps of Engineers, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I certify that on July 14, 2014, I electronically filed Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction [ECF No. 11] with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

John R. Monroe
*Counsel for Plaintiffs*

/s/ Daniel Riess
DANIEL RIESS
Trial Attorney
U.S. Department of Justice

2