IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| GEORGIACARRY.ORG, INC. <br> And DAVID JAMES, <br><br> Plaintiffs <br><br> v. <br><br><br> THE U.S. ARMY CORPS OF ENGINEERS, <br> And <br> JON J. CHYTKA, in his official Capacity as Commander, Mobile District of the US Army Corps of Engineers, <br><br> Defendants. | CIVIL ACTION FILE NO. <br><br> 4:14-CV-139-HLM |

## ORDER ON PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time to file a reply in support of their Motion for Preliminary Injunction. Platiniffs have indicated Defendants do not object to this Motion, and the Court finds the Motion otherwise supported by good cause. Plaintiffs' Motion is GRANTED, and Plaintiffs have shall through and including August 14, 2014 to file a reply in support of their Motion for a Preliminary Injunction.

-1-

Dated the ⎯15day of July, 2014

BY THE COURT:

_____
Harold L. Murphy
U.S. District Court Judge

−2−