IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC. And DAVID JAMES, | ) ) ) | |
| Plaintiffs | ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) ) | 4:14-CV-139-HLM |
| THE U.S. ARMY CORPS OF ENGINEERS, And JON J. CHYTKA, in his official Capacity as Commander, Mobile District of the US Army Corps of Engineers, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in this action hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order denying Plaintiffs' Emergency Motion for a Preliminary Injunction, entered on August 18, 2014 [Doc. 19].

JOHN R. MONROE,

−1−

   /s/ John R. Monroe_____
John R. Monroe
Attorney at Law
9640 Coleman Road
Roswell, GA 30075
Telephone: (678) 362-7650
Facsimile: (770) 552-9318
jrm@johnmonroelaw.com
Georgia Bar No. 516193

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on August 20, 2014, I served a copy of the foregoing via ECF upon:

Daniel Riess
Daniel.riess@usdoj.gov

                                          /s/ John R. Monroe
                                          John R. Monroe