# UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF GEORGIA**
600 E. FIRST STREET
ROME, GA 30161

**JAMES N. HATTEN**
DCE/CLERK OF COURT

706-378-4060

Thomas K. Kahn, Clerk
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia   30303

      **U.S.D.C. No.  4:14-cv-139-HLM**
      **U. S.C.A. No.**
      **In re:  GeorgiaCarry.Org, Inc., et al Vs The U.S. Army Corps of Engineers, et al**

Enclosed are documents regarding an appeal in this matter.

| | |
|---|---|
| X | Certified copies of the **Interlocutory** notice of appeal, docket sheet, order appealed enclosed. |
|   | This is not the first notice of appeal.  Other notices were filed on: . |
|   | There is a transcript(s)  but Financial Arrangements . |
|   | The court reporter is . |
|   | There is sealed material as described below: . |
|   | Other: |
| x | Fee paid on 8/20/14 |
|   | Appellant has been granted leave to file *in forma pauperis*. |
|   | This is a bankruptcy appeal.  The Bankruptcy Judge is . |
|   | The Magistrate Judge is . |
|   | The District Judge is Harold L Murphy |
|   | This is a **DEATH PENALTY** appeal. |

      Sincerely,

      James N. Hatten,
      DCE/Clerk of Court
By   s/Brenda Hambert
      Deputy Clerk

Enclosures