# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| GEORGIACARRY.ORG, INC., and DAVID JAMES, | )<br>)<br>) |
| Plaintiffs, | )  CIVIL ACTION FILE NO. |
| v. | )<br>)  4:14-CV-139-HLM<br>) |
| U.S. ARMY CORPS OF ENGINEERS and JOHN J. CHYTKA, in his official capacity as Commander, Mobile District, U.S. Army Corps of Engineers, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants U.S. Army Corps of Engineers ("Corps") and John J. Chytka, in his official capacity, hereby move this Court to dismiss Plaintiffs' Complaint (Dkt. 1) for failure to state a claim upon which relief can be granted.  In accordance with Local Civil Rule 7.1, this motion is accompanied by a memorandum of law which cites supporting authority.

Dated:  August 22, 2014                    Respectfully submitted,

Of Counsel                                 STUART F. DELERY
                                           Assistant Attorney General

SALLY QUILLIAN YATES
United States Attorney

| | |
|---|---|
| LORI BERANEK | /s/ Daniel Riess |
| Assistant United States Attorney | DIANE KELLEHER |
| 600 Richard B. Russell Federal Building | Assistant Branch Director |
| 75 Spring Street, S.W. | DANIEL RIESS |
| Atlanta, Georgia 30303 | Trial Attorney |
| Lori.Beranek@usdoj.gov | U.S. Department of Justice |
| | Civil Division, Rm. 6122 |
| | 20 Massachusetts Avenue, NW |
| | Washington, D.C. 20530 |
| | Telephone: (202) 353-3098 |
| | Fax: (202) 616-8460 |
| | Email: Daniel.Riess@usdoj.gov |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I certify that, on August 22, 2014, I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the parties' attorneys of record.

This 22nd day of August, 2014.

/s/ Daniel Riess
Daniel Riess