IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC. And DAVID JAMES, | ) ) ) | |
| Plaintiffs | ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) ) ) | 4:14-CV-139-HLM |
| THE U.S. ARMY CORPS OF ENGINEERS, And JON J. CHYTKA, in his official Capacity as Commander, Mobile District of the US Army Corps of Engineers, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR STAY OF FURTHER PROCEEDINGS IN THIS COURT PENDING DISPOSITION OF APPEAL**

On August 20, 2014, Plaintiffs filed a notice of appeal [Doc. 20] from this Court's order [Doc. 19] denying Plaintiffs' Motion for Preliminary Injunction. On August 22, 2014, Defendants filed a Motion to Dismiss [Doc. 25]. The Motion to Dismiss raises some of the issues that are on appeal at the 11th Circuit. In an effort to conserve both judicial resources and the Parties' resources, Plaintiffs therefore

move for an order to stay consideration of the Motion to Dismiss and all other proceedings in this Court until the Court of Appeals disposes of the pending appeal.

Plaintiffs' counsel has consulted with Defendants' counsel, who has indicated that Defendants will not oppose this Motion.

                          JOHN R. MONROE,

                        ___/s/ John R. Monroe_____
                        John R. Monroe
                        Attorney at Law
                        9640 Coleman Road
                        Roswell, GA 30075
                        Telephone: (678) 362-7650
                        Facsimile: (770) 552-9318
                        jrm@johnmonroelaw.com
                        Georgia Bar No. 516193

                        ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on August 26, 2014, I filed the foregoing via ECF, which automatically will send a copy via email to:

Lori Baranek
Lori.baranek@usdoj.gov

Daniel Riess
Daniel.riess@usdoj.gov

      /s/ John R. Monroe
John R. Monroe