# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC., and DAVID JAMES, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) ) ) | 4:14-CV-139-HLM (consolidated with 4:15-CV-0009-HLM) |
| U.S. ARMY CORPS OF ENGINEERS and JOHN J. CHYTKA, in his official capacity as Commander, Mobile District, U.S. Army Corps of Engineers, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), Defendants U.S. Army Corps of Engineers and John J. Chytka, in his official capacity, hereby move this Court to enter a protective order directing that review on the merits of this case will be limited to the administrative record that will be submitted by the Corps, and that no extra-record discovery will be permitted. In accordance with Local Civil Rule 7.1, this

motion is accompanied by a memorandum of law which cites supporting authority.[1]

Dated: August 14, 2015

Of Counsel

JOHN A. HORN
United States Attorney
LORI BERANEK
Assistant United States Attorney
600 Richard B. Russell Federal Building
75 Spring Street, S.W.
Atlanta, Georgia 30303
Lori.Beranek@usdoj.gov

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

  /s/ Daniel Riess
JOHN R. TYLER
Assistant Branch Director
DANIEL RIESS
Trial Attorney
U.S. Department of Justice
Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

---

[1] Undersigned counsel states that he contacted counsel for Plaintiffs, who informed Defendants that Plaintiffs will likely oppose the relief sought in this motion.

## **CERTIFICATE OF SERVICE**

I certify that, on August 14, 2015, I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the parties' attorneys of record.

This 14th day of August, 2015.

    /s/ Daniel Riess
Daniel Riess