# EXHIBIT 1

APPEAL,LC1,TERMED

# U.S. District Court
## District of Idaho (LIVE Database)Version 6.1 (Moscow − Central)
### CIVIL DOCKET FOR CASE #: 3:13−cv−00336−BLW

| | |
|---|---|
| Morris et al v. U.S. Army Corps of Engineers et al<br>Assigned to: Judge B. Lynn Winmill<br>Case in other court:  9CCA, 14−36049<br>Cause: 28:1331 Fed. Question | Date Filed: 08/05/2013<br>Date Terminated: 10/13/2014<br>Jury Demand: None<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Federal Question |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/05/2013 | 1 | COMPLAINT against All Defendants ( Filing fee $ 400 receipt number 0976−1045347.), filed by All Plaintiffs. (Attachments: # 1 Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons)(Runft, John) |
| 08/05/2013 | 2 | MOTION FOR PRO HAC VICE APPEARANCE by James M. Manley. ( Filing fee $ 225 receipt number 0976−1045359.)John L Runft appearing for Plaintiffs Alan C. Baker, Elizabeth Morris. Responses due by 8/29/2013 (Runft, John) |
| 08/05/2013 | 3 | MOTION FOR PRO HAC VICE APPEARANCE by Steven J. Lechner. ( Filing fee $ 225 receipt number 0976−1045383.)John L Runft appearing for Plaintiffs Alan C. Baker, Elizabeth Morris. Responses due by 8/29/2013 (Runft, John) |
| 08/05/2013 | 4 | MOTION for Preliminary Injunction John L Runft appearing for Plaintiffs Alan C. Baker, Elizabeth Morris. Responses due by 8/29/2013 (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Runft, John) |
| 08/06/2013 | 5 | DOCKET ENTRY ORDER reassigning case to a district judge to consider the motion for preliminary injunction (Dkt. 4). There are no consents to magistrate judge jurisdiction filed in this case and magistrate judges lack jurisdiction to consider requests for injunctive relief without the consent of all parties. 28 U.S.C. § 636. Accordingly, the Clerk of the Court shall reassign this case to a district judge. Signed by Judge Ronald E. Bush. ((kb) |
| 08/07/2013 | | DOCKET ENTRY NOTICE of Case Number Change, Case reassigned to Judge B. Lynn Winmill for all further proceedings. Judge Ronald E. Bush no longer assigned to case. Please use this case number on all future pleadings, 3:13−cv−00336−BLW (krb) |
| 08/07/2013 | | DOCKET ENTRY ORDER approving 2 Motion for Pro Hac Vice Appearance of attorney James M Manley for Alan C. Baker,James M Manley for Elizabeth Morris Per General Order 206, out−of−state counsel shall immediately register for ECF. (Notice sent to CM/ECF Registration Clerk). Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (krb) |
| 08/07/2013 | 6 | DOCKET ENTRY ORDER approving 3 Motion for Pro Hac Vice Appearance of attorney Steven J Lechner for Alan C. Baker,Steven J Lechner for Elizabeth Morris Per General Order 206, out−of−state counsel shall immediately register for ECF. (Notice sent to CM/ECF Registration Clerk) (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (krb) |
| 08/07/2013 | 7 | Summons Issued as to All Defendants (Print attached Summons for service.) (Attachments: # 1 Summons 2, # 2 Summons 3, # 3 Summons 4, # 4 Summons 5)(krb) |
| 08/07/2013 | 8 | SUPPLEMENT by Plaintiffs Alan C. Baker, Elizabeth Morris re 4 MOTION for Preliminary Injunction *Replacement Exhibit 1 to Memorandum*. (Runft, John) |
| 08/07/2013 | 9 | SUPPLEMENT by Plaintiffs Alan C. Baker, Elizabeth Morris re 4 MOTION for Preliminary Injunction *Replacement Exh 2 to Memorandum*. (Runft, John) |

| | | |
|---|---|---|
| 08/07/2013 | 10 | SUPPLEMENT by Plaintiffs Alan C. Baker, Elizabeth Morris re 4 MOTION for Preliminary Injunction *Replacement Exh 3 to Memorandum*. (Runft, John) |
| 08/07/2013 | 11 | Summons Issued as to U.S. Attorney and U.S. Attorney General (Print attached Summons for service.) (Attachments: # 1 Summons 2)(krb) |
| 08/07/2013 | 12 | CERTIFICATE OF SERVICE by Alan C. Baker, Elizabeth Morris re 4 MOTION for Preliminary Injunction (Lechner, Steven) |
| 08/15/2013 | 13 | NOTICE of Appearance by Joanne P Rodriguez on behalf of Thomas Bostick, Andrew D. Kelly, John S. Kem, John McHugh, U.S. Army Corps of Engineers (Rodriguez, Joanne) |
| 08/15/2013 | 14 | MOTION for Extension of Time to File Response/Reply as to 4 MOTION for Preliminary Injunction Joanne P Rodriguez appearing for Defendants Thomas Bostick, Andrew D. Kelly, John S. Kem, John McHugh, U.S. Army Corps of Engineers. Responses due by 9/9/2013 (Rodriguez, Joanne) |
| 08/20/2013 | 15 | SUMMONS Returned Executed by Elizabeth Morris, Alan C. Baker. All Defendants. (Attachments: # 1 Summons Summons Returned Executed as to JOHN MCHUGH, # 2 Summons Returned Executed as to THOMAS BOSTICK, # 3 Summons Returned Executed as to JOHN S. KEM, # 4 Summons Returned Executed as to ANDREW D. KELLY, # 5 Summons Returned Executed as to ERIC HOLDER, # 6 Summons Returned Executed as to CIVIL PROCESS CLERK)(Manley, James) |
| 09/02/2013 | 16 | DOCKET ENTRY ORDER granting 14 Motion for Extension of Time to File Response/Reply. The Government shall file its response to the motion for preliminary injunction 4 on or before September 6, 2013. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (dm) |
| 09/03/2013 | | Reset Deadlines as to 4 MOTION for Preliminary Injunction. Responses due by 9/6/2013. Per Order dkt #16. (cjm) |
| 09/05/2013 | 17 | MOTION for Leave to File Excess Pages *in Response Brief* Joanne P Rodriguez appearing for Defendants Thomas Bostick, Andrew D. Kelly, John S. Kem, John McHugh, U.S. Army Corps of Engineers. Responses due by 9/30/2013 (Rodriguez, Joanne) |
| 09/05/2013 | 18 | MEMORANDUM in Opposition re 4 MOTION for Preliminary Injunction filed by Thomas Bostick, Andrew D. Kelly, John S. Kem, John McHugh, U.S. Army Corps of Engineers. Replies due by 9/23/2013. (Attachments: # 1 Affidavit Declaration of Stephen B. Austin, # 2 Exhibit Declaration Exhibit 1, # 3 Exhibit Declaration Exhibit 2)(Rodriguez, Joanne) |
| 09/06/2013 | 19 | DOCKET ENTRY ORDER granting 17 Motion for Leave to File Excess Pages. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (dm) |
| 09/23/2013 | 20 | First MOTION for Leave to File Excess Pages James M Manley appearing for Plaintiffs Alan C. Baker, Elizabeth Morris. Responses due by 10/18/2013 (Manley, James) |
| 09/23/2013 | 21 | REPLY to Response to Motion re 4 MOTION for Preliminary Injunction filed by Alan C. Baker, Elizabeth Morris.(Manley, James) |
| 09/25/2013 | 22 | ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS granting 20 Motion for Leave to File Excess Pages. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (krb) (Entered: 09/26/2013) |
| 09/30/2013 | 23 | UNOPPOSED MOTION for Hearing re 4 MOTION for Preliminary Injunction James M Manley appearing for Plaintiffs Alan C. Baker, Elizabeth Morris. Responses due by 10/24/2013 (Manley, James) Modified on 9/30/2013 to edit text (jp). |

| | | |
|---|---|---|
| 10/01/2013 | 24 | MOTION to Stay Joanne P Rodriguez appearing for Defendant U.S. Army Corps of Engineers. Responses due by 10/25/2013 (Rodriguez, Joanne) |
| 10/01/2013 | 25 | ORDER granting 24 Motion to Stay. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (jp) |
| 10/01/2013 | 26 | DOCKET ENTRY ORDER The Stay 25 is LIFTED AND WITHDRAWN. It did not apply to applications for emergency relief of any type including the application in this case. Accordingly, the Clerk may set this matter for oral argument and the case may proceed. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (dm) |
| 10/02/2013 | 27 | DOCKET ENTRY ORDER The prior decision 26 lifting the stay is hereby MODIFIED. The stay granted by Order 25 remains in full force and effect as to all aspects of this case except the briefing and resolution of the motion for preliminary injunction 4 . Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (dm) |
| 10/28/2013 | 28 | NOTICE of Appearance by Daniel M Riess on behalf of All Defendants (Riess, Daniel) |
| 10/28/2013 | 29 | ORDER The stay (docket nos. 25 &27 ) is LIFTED and the motion for hearing (docket no. 23 ) is GRANTED. It is further ordered, that a hearing be held on the motion for preliminary injunction (docket no. 4 ) on 12/5/13 at 9:00 a.m. in the Federal Courthouse in Boise Idaho. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (jp) |
| 10/28/2013 | | Set/Reset Deadlines as to 4 MOTION for Preliminary Injunction . Per Order dkt 29 Motion Hearing set for 12/5/2013 09:00 AM in Boise − Courtroom 3 before Judge B. Lynn Winmill. (jp) |
| 11/01/2013 | 30 | MOTION to Dismiss for Lack of Jurisdiction , MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM ( Responses due by 11/25/2013)Daniel M Riess appearing for Defendants Thomas Bostick, Andrew D. Kelly, John S. Kem, John McHugh, U.S. Army Corps of Engineers. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2)(Riess, Daniel) |
| 11/19/2013 | 31 | AMENDED DOCKET ENTRY NOTICE OF HEARING: The Motion hearing set for 12/5/2013 is RESCHEDULED for 1/7/2014 at 10:00 AM in Boise − Courtroom 3 before Judge B. Lynn Winmill. The following motions will be addressed at the hearing: 4 Motion for Preliminary Injunction and 30 Motion to Dismiss. (jlg) |
| 11/20/2013 | 32 | NOTICE by Thomas Bostick, Andrew D. Kelly, John S. Kem, John McHugh, U.S. Army Corps of Engineers *of Recent Authority* (Attachments: # 1 Exhibit United States v Chovan)(Riess, Daniel) |
| 11/25/2013 | 33 | MEMORANDUM in Opposition re 30 MOTION to Dismiss for Lack of Jurisdiction MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Alan C. Baker, Elizabeth Morris. Replies due by 12/12/2013. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2)(Manley, James) |
| 12/03/2013 | 34 | Consent MOTION for Extension of Time to File Response/Reply as to 30 MOTION to Dismiss for Lack of Jurisdiction MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM Daniel M Riess appearing for Defendants Thomas Bostick, Andrew D. Kelly, John S. Kem, John McHugh, U.S. Army Corps of Engineers. Responses due by 12/27/2013 (Riess, Daniel) |
| 12/04/2013 | 35 | DOCKET ENTRY ORDER granting 34 Motion for Extension of Time to File Response/Reply. The defendant shall file a reply brief regarding its motion to dismiss on or before December 19, 2013. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (dm) |

| 12/06/2013 | | Set/Reset Deadlines as to 30 MOTION to Dismiss for Lack of Jurisdiction MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM .Per Order dkt 35 Replies due by 12/19/2013. (jp) |
|---|---|---|
| 12/12/2013 | 36 | Consent MOTION for Leave to File Excess Pages *in Reply Brief* Daniel M Riess appearing for Defendants Thomas Bostick, Andrew D. Kelly, John S. Kem, John McHugh, U.S. Army Corps of Engineers. Responses due by 1/6/2014 (Riess, Daniel) |
| 12/13/2013 | 37 | DOCKET ENTRY ORDER denying 36 Motion for Leave to File Excess Pages. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (dm) |
| 12/19/2013 | 38 | REPLY to Response to Motion re 30 MOTION to Dismiss for Lack of Jurisdiction MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Thomas Bostick, Andrew D. Kelly, John S. Kem, John McHugh, U.S. Army Corps of Engineers.(Riess, Daniel) |
| 12/19/2013 | | CORRECTIVE ENTRY − The entry docket number 38 Reply to Response to Motion, filed by Thomas Bostick, U.S. Army Corps of Engineers, John S. Kem, John McHugh, Andrew D. Kelly was filed incorrectly in this case as it pertains to the Certificate of Service only. The filing party shall refer to ECF Procedures #8 and re−submit their correct certificate of service using event of "Certificate of Service" located under Service of Process and link to docket 38.(cjm) |
| 12/19/2013 | 39 | CERTIFICATE OF SERVICE by Thomas Bostick, Andrew D. Kelly, John S. Kem, John McHugh, U.S. Army Corps of Engineers re 38 Reply to Response to Motion, (Riess, Daniel) |
| 01/03/2014 | 40 | NOTICE by Alan C. Baker, Elizabeth Morris *Supplemental Authority* (Attachments: # 1 Exhibit)(Manley, James) Modified on 1/3/2014 to remove all capitalization (cjm). |
| 01/07/2014 | 41 | Minute Entry for proceedings held before Judge B. Lynn Winmill: Motion Hearing held on 1/7/2014 re 4 Motion for Preliminary Injunction, and 30 Motion to Dismiss. The matter was taken under advisement. (Court Reporter Tammy Hohenleitner.) (jlg) |
| 01/10/2014 | 42 | MEMORANDUM DECISION &ORDER The motion to dismiss (docket no. 30 ) is DENIED. The motion for preliminary injunction (docket no. 4 ) is GRANTED. The Corps is enjoined from enforcing 36 C.F.R. § 327.13 as to law−abiding individuals possessing functional firearms on Corps−administered public lands for the purpose of self−defense. This preliminary injunction shall remain in force until further notice of the Court. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (jp) |
| 01/17/2014 | 43 | DOCKET ENTRY NOTICE OF HEARING: A Telephonic Status Conference is set for 2/19/2014 at 10:00 AM before Judge B. Lynn Winmill. The plaintiff is directed to initiate the conference call. The Court can be reached at 208−334−9145. (jlg) |
| 02/26/2014 | 44 | Joint MOTION to Enter Proposed Schedule Daniel M Riess appearing for Defendants Thomas Bostick, Andrew D. Kelly, John S. Kem, John McHugh, U.S. Army Corps of Engineers. Responses due by 3/24/2014 (Riess, Daniel) |
| 02/27/2014 | 45 | ORDER Granting 44 Joint MOTION to Enter Proposed Schedule. Defendants shall file an answer in this case on or before 3/19/14. Defendants shall file the administrative record in this case on or before 4/19/14. Defendants' motion for summary judgment shall be due on or before 5/19/14. Plaintiffs' cross−motion for summary judgment and opposition to Defendants' motion for summary judgment (including any opposition under Federal Rule of Civil Procedure 56(d)) shall be due on or before 6/19/14. ( Admin Record due by 4/19/14: Case Mgmt ddl set for 4/19/2014, Motions for Summary Judgment due by 5/19/2014, Cross Motions due by 6/19/2014). Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (jp) |

| | | |
|---|---|---|
| 03/19/2014 | 46 | ANSWER to 1 Complaint by Thomas Bostick, Andrew D. Kelly, John S. Kem, John McHugh, U.S. Army Corps of Engineers.(Riess, Daniel) |
| 04/15/2014 | 47 | Consent MOTION for Extension of Time to File *Administrative Record* Daniel M Riess appearing for Defendants Thomas Bostick, Andrew D. Kelly, John S. Kem, John McHugh, U.S. Army Corps of Engineers. Responses due by 5/9/2014 (Riess, Daniel) |
| 04/16/2014 | 48 | DOCKET ENTRY ORDER granting 47 Motion for Extension of Time to File. The administrative record shall be filed on or before April 22, 2014. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (dm) |
| 04/22/2014 | 49 | Administrative Record by Daniel M Riess on behalf of Thomas Bostick, Andrew D. Kelly, John S. Kem, John McHugh, U.S. Army Corps of Engineers. (Disc on shelf in Clerk's Office) (jp) |
| 04/22/2014 | 50 | NOTICE by Thomas Bostick, Andrew D. Kelly, John S. Kem, John McHugh, U.S. Army Corps of Engineers *of Conventional Filing of Certified Administrative Record* (Riess, Daniel) |
| 05/14/2014 | 51 | Consent MOTION for Leave to File Excess Pages *in Motion for Summary Judgment* Daniel M Riess appearing for Defendants Thomas Bostick, Andrew D. Kelly, John S. Kem, John McHugh, U.S. Army Corps of Engineers. Responses due by 6/9/2014 (Riess, Daniel) |
| 05/19/2014 | 52 | MOTION for Summary Judgment Daniel M Riess appearing for Defendants Thomas Bostick, Andrew D. Kelly, John S. Kem, John McHugh, U.S. Army Corps of Engineers. Responses due by 6/12/2014 (Attachments: # 1 Memorandum in Support, # 2 Statement of Material Facts)(Riess, Daniel) |
| 05/20/2014 | 53 | DOCKET ENTRY NOTICE OF HEARING regarding 52 Motion for Summary Judgment: A Motion Hearing is set for 8/27/2014 at 2:00 PM in Coeur d Alene − District Courtroom before Judge B. Lynn Winmill. (jlg) |
| 06/19/2014 | 54 | Cross MOTION for Summary Judgment James M Manley appearing for Plaintiffs Alan C. Baker, Elizabeth Morris. Responses due by 7/14/2014 (Attachments: # 1 Memorandum in Support Memorandum In Support Of Plaintiffs Cross−Motion For Summary Judgment And Response In Opposition To Defendants Motion For Summary Judgment, # 2 Exhibit Plaintiffs Statement Of Undisputed Material Facts, # 3 Exhibit Plaintiffs Response To Defendants Statement Of Material Facts)(Manley, James) |
| 06/20/2014 | 55 | DOCKET ENTRY NOTICE OF HEARING regarding 52 Motion for Summary Judgment and 54 Cross Motion for Summary Judgment: A Motion Hearing is set for both motions on 8/27/2014 at 2:00 PM in Coeur d Alene − District Courtroom before Judge B. Lynn Winmill. (jlg) |
| 07/14/2014 | 56 | Consent MOTION for Extension of Time to File Response/Reply *(Closing Merits Brief)* Daniel M Riess appearing for Defendants Thomas Bostick, Andrew D. Kelly, John S. Kem, John McHugh, U.S. Army Corps of Engineers. Responses due by 8/7/2014 (Riess, Daniel) |
| 07/14/2014 | 57 | DOCKET ENTRY ORDER granting 51 Motion for Leave to File Excess Pages. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (dm) |
| 07/14/2014 | 58 | ORDER Defendants' unopposed motion for extension of time to file their closing merits brief [ECF No. 56] is GRANTED. Defendants shall file their reply brief on or before 7/25/14. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (jp) (Entered: 07/15/2014) |
| 07/25/2014 | 59 | MEMORANDUM in Opposition re 54 Cross MOTION for Summary Judgment filed by Thomas Bostick, Andrew D. Kelly, John S. Kem, John McHugh, U.S. Army Corps of Engineers. Replies due by 8/11/2014. (Attachments: # 1 Response to Plaintiffs' Statement of Material Facts)(Riess, Daniel) |

| | | |
|---|---|---|
| 07/25/2014 | 60 | REPLY to Response to Motion re 52 MOTION for Summary Judgment filed by Thomas Bostick, Andrew D. Kelly, John S. Kem, John McHugh, U.S. Army Corps of Engineers.(Riess, Daniel) |
| 08/19/2014 | 61 | NOTICE by Thomas Bostick, Andrew D. Kelly, John S. Kem, John McHugh, U.S. Army Corps of Engineers *of Recent Authority* (Attachments: # 1 Exhibit)(Riess, Daniel) |
| 08/21/2014 | 62 | AMENDED DOCKET ENTRY NOTICE OF HEARING regarding 52 Motion for Summary Judgment and 54 Cross Motion for Summary Judgment: Due to the Court's trial calendar, the Motion Hearing set for 8/27/2014 at 2:00 PM is rescheduled to begin at 3:30 PM in Coeur d Alene − District Courtroom before Judge B. Lynn Winmill. Please note, this is a time change only. (jlg) |
| 08/21/2014 | 63 | REPLY to Response to Motion re 54 Cross MOTION for Summary Judgment filed by Alan C. Baker, Elizabeth Morris.(Manley, James) |
| 08/26/2014 | 64 | MOTION to Withdraw as Attorney James M Manley appearing for Plaintiffs Alan C. Baker, Elizabeth Morris. Responses due by 9/19/2014 (Manley, James) |
| 08/27/2014 | 65 | DOCKET ENTRY ORDER granting 64 Motion to Withdraw as Attorney. Attorney James M Manley terminated. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (dm) |
| 08/27/2014 | 66 | Minute Entry for proceedings held before Judge B. Lynn Winmill: Motion Hearing held on 8/27/2014 re 52 Motion for Summary Judgment and 54 Cross Motion for Summary Judgment. Motions taken under advisement. A written decision is forthcoming. (ESR Bonnie Crowder.) (jlg) |
| 10/13/2014 | 67 | MEMORANDUM DECISION. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (jp) (Entered: 10/14/2014) |
| 10/13/2014 | 68 | JUDGMENT the plaintiffs' motion for summary judgment (docket no. 54 ) isGRANTED and the defendants' motion for summary judgment (docket no. 52 ) isDENIED. Signed by Judge B. Lynn Winmill. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (jp) (Entered: 10/14/2014) |
| 12/10/2014 | 69 | NOTICE OF APPEAL as to 68 Judgment, 67 Memorandum Decision by Thomas Bostick, Andrew D. Kelly, John S. Kem, John McHugh, U.S. Army Corps of Engineers. (Notice sent to Court Reporter &9th Cir) (Riess, Daniel) (14−36049) |
| 12/11/2014 | 70 | USCA Case Number 14−36049 for 69 Notice of Appeal filed by Thomas Bostick, U.S. Army Corps of Engineers, John S. Kem, John McHugh, Andrew D. Kelly. (jp) |
| 12/11/2014 | 71 | USCA Time Schedule Order as to 69 Notice of Appeal filed by Thomas Bostick, U.S. Army Corps of Engineers, John S. Kem, John McHugh, Andrew D. Kelly. (Notice sent by e−mail to Court Reporter) (jp) |
| 01/30/2015 | 72 | TRANSCRIPT REQUEST by Thomas Bostick, Andrew D. Kelly, John S. Kem, John McHugh, U.S. Army Corps of Engineers (Notice sent by e−mail to Court Reporter) (Riess, Daniel) |