# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) | 4:14-CV-139-HLM (consolidated with 4:15-CV-0009-HLM) |
| U.S. ARMY CORPS OF ENGINEERS et al., | ) ) ) ) | |
| Defendants. | ) | |

## JOINT MOTION TO ENTER PROPOSED
## SUMMARY JUDGMENT BRIEFING SCHEDULE

In an order dated September 1, 2015, this Court directed "counsel for the Parties to . . . confer with one another and submit a joint proposed summary judgment briefing schedule to the Court" within 45 days.  Order at 7 (Sept. 1, 2015) (ECF No. 35).  In accordance with the Court's Order, the parties have conferred and now jointly move the Court to enter the following proposed schedule regarding summary judgment briefing:

1. Defendants shall file the administrative record in this case on or before **November 16, 2015**.

2. Defendants' motion for summary judgment shall be due on or before **December 15, 2015**.

3. Plaintiffs' cross-motion for summary judgment and opposition to Defendants' motion for summary judgment (including any opposition under Federal Rule of Civil Procedure 56(d)) shall be due on or before **March 1, 2016.**

4. Defendants' reply in support of their motion for summary judgment and opposition to Plaintiffs' cross-motion for summary judgment shall be due **30 days after the filing of Plaintiffs' cross-motion for summary judgment.**

5. Plaintiffs' reply in support of their cross-motion for summary judgment shall be due **30 days after the filing of Defendants' reply in support of their motion for summary judgment and opposition to Plaintiffs' cross-motion for summary judgment**.

Dated: October 16, 2015

Respectfully submitted,

 /s/ John R. Monroe
Attorney for Plaintiffs
John Monroe Law, P.C.
9640 Coleman Road
Roswell, Ga  30075
678-362-7650
jrm@johnmonroelaw.com

*Counsel for Plaintiffs*

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney
General


  /s/ Daniel Riess
JOHN R. TYLER
Assistant Branch Director
DANIEL RIESS
Trial Attorney
U.S. Department of Justice
Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov

Of Counsel

JOHN A. HORN
United States Attorney
LORI BERANEK
Assistant United States Attorney
600 Richard B. Russell Federal Building
75 Spring Street, S.W.
Atlanta, Georgia 30303
Lori.Beranek@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that, on October 16, 2015, I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the parties' attorneys of record.

This 16th day of October, 2015.

      /s/ Daniel Riess
      Daniel Riess