IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

GEORGIACARRY.ORG, INC.,
and DAVID JAMES,

    Plaintiffs,

v.

CIVIL ACTION FILE NO.:
4:14-CV-0139-HLM

U.S. ARMY CORPS OF
ENGINEERS and JON
J. CHYTKA, in his official
capacity as Commander,
Mobile District, U.S. Army
Corps of Engineers,

    Defendants.

## ORDER

This case is before the Court on the Parties' Joint Motion to Enter Proposed Summary Judgment Briefing Schedule [36].[1]

---

[1] Counsel should have attached a proposed Order to this Motion.

AO 72A
(Rev.8/8
2)

The Court **GRANTS** the Parties' Joint Motion to Enter Proposed Summary Judgment Briefing Schedule [36], and **ORDERS AS FOLLOWS:**

(1)  Defendants shall file the administrative record in this case on or before **NOVEMBER 16, 2015.**

(2)  Defendants' Motion for Summary Judgment shall be due on or before **DECEMBER 15, 2015.**

(3)  Plaintiffs' Cross-Motion for Summary Judgment and opposition to Defendants' Motion for Summary Judgment, including any opposition under Federal Rule of Civil Procedure 55(d) shall be due on or before **March 1, 2016.**  <u>Plaintiffs should file their Motion for Summary Judgment, if any, and their opposition to Defendants' Motion for Summary Judgment as separate documents, rather than combining the two filings into one single document.</u>

(4)  Defendants' reply in support of their Motion for Summary Judgment and their opposition to Plaintiffs' Cross-Motion for

2

Summary Judgment shall be due **THIRTY (30) DAYS AFTER** the filing of Plaintiffs' Cross-Motion for Summary Judgment.  <u>Again, Defendants should file their reply and their opposition as separate documents, rather than combining the two filings into one single document.</u>

(5) Plaintiffs' reply in support of their Cross-Motion for Summary Judgment shall be due **THIRTY (30) DAYS AFTER** Defendants file their reply in support of their Motion for Summary Judgment and their opposition to Plaintiffs' Cross-Motion for Summary Judgment.

The Court further **DIRECTS** counsel to attach a proposed Order to any future consent or joint motions, as well as to any future requests for extensions of time or to exceed the page

AO 72A
(Rev.8/8
2)

limitations.

IT IS SO ORDERED, this the 19th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE

4