**Administrative Record for 36 C.F.R. Part 327**

| Date | Description | Bates Range | Filename |
|---|---|---|---|
| February 11, 2000 | Federal Register Notice, Final Rule, 36 C.F.R. Part 327, Public Use of Water Resources Development Projects Administered by the Chief of Engineers, 65 Fed. Reg. 6,896 | HQ AR000001-HQ AR000008 | HQ AR000001-HQ AR000008.pdf |
| September 1, 1999 | Summary of Comments Received in Response to Draft Rule on 36 C.F.R. Part 327 (Estimated Date) | HQ AR000009-HQ AR000016 | HQ AR000009-HQ AR000016.pdf |
| July 20, 1999 | Federal Register Notice, Notice of Proposed Rulemaking, 36 C.F.R. Part 327, Public Use of Water Resources Development Projects Administered by the Chief of Engineers, 64 Fed. Reg. 38,854 | HQ AR000017-HQ AR000024 | HQ AR000017-HQ AR000024.pdf |
| October 14, 1998 | Notes from Title 36 Task Force Review and Update Meeting | HQ AR000025-HQ AR000026 | HQ AR000025-HQ AR000026.pdf |
| October 14, 1998 | Briefing Slides, "Title 36 Review and Update," Headquarters, U.S. Army Corps of Engineers Briefing | HQ AR000027-HQ AR000038 | HQ AR000027-HQ AR000038.pdf |
| September 1, 1998 | Consolidated Internal U.S. Army Corps of Engineers Comments on Proposed Changes to 36 C.F.R. Part 327 (Estimated Date) | HQ AR000039-HQ AR000154 | HQ AR000039-HQ AR000154.pdf |
| May 20, 1998 | Copy of Email and attachments from Stephen Austin, conveying message from Darrell Lewis, (Chief, Natural Resources), to Unnamed Internal Corps Recipients, Subject: Final Review of Title 36 C.F.R. Part 327 | HQ AR000155-HQ AR000292 | HQ AR000155-HQ AR000292.pdf |
| January 1, 1998 | Engineering Pamphlet 870-1-61,, Water Resources People and Issues Interview with Theodore M. Shad (Estimated Date) | HQ AR000293-HQ AR000542 | HQ AR000293-HQ AR000542.pdf |
| December 15, 1997 | Strategic Plan for review of 36 C.F.R. Part 327 | HQ AR000543-HQ AR000544 | HQ AR000543-HQ AR000544.pdf |
| December 15, 1997 | Memorandum for the Record, Subject: Title 36 Task Force In-Progress-Review Teleconference (15 December 1997) | HQ AR000545-HQ AR000545 | HQ AR000545-HQ AR000545.pdf |
| July 23, 1997 | Meeting Agenda, Title 36 Task Force with attachments | HQ AR000546-HQ AR000583 | HQ AR000546-HQ AR000583.pdf |
| February 1, 1997 | Task Force Charter Title 36 Revision (note: Feb. 1, 1997 is estimated date) | HQ AR000584-HQ AR000586 | HQ AR000584-HQ AR000586.pdf |
| November 15, 1996 | Engineering Regulation 1130-2-550, Project Operations, Recreation Operations and Maintenance Policies | HQ AR000587-HQ AR000645 | HQ AR000587-HQ AR000645.pdf |
| November 15, 1996 | Engineering Pamphlet 1130-2-550, Project Operations, Recreation Operations and Maintenance Guidance and Procedures | HQ AR000646-HQ AR000779 | HQ AR000646-HQ AR000779.pdf |
| June 25, 1996 | A History of the U.S. Army Corps of Engineers Civil Works Program, As Presented by Mr. Ralph Allen, Assistant Chief Counsel for Legislation and General Law, Headquarters | HQ AR000780-HQ AR000792 | HQ AR000780-HQ AR000792.pdf |
| June 1, 1996 | U.S. Army Corps of Engineers, Institute for Water Resources (IWR), The Visitor Assistance Survey, An Evaluation of Safety at Corps Recreational Projects, IWR Report 96-R-11 | HQ AR000793-HQ AR000846 | HQ AR000793-HQ AR000846.pdf |

| Date | Description | Bates Range | File |
|---|---|---|---|
| May 10, 1996 | Memorandum for Commanders, Major Subordinate Commands, Subject: Recreation Policy Letter 96-01 -- Visitor/Ranger Safety | HQ AR000847-HQ AR000857 | HQ AR000847-HQ AR000857.pdf |
| September 1, 1995 | Visitor and Ranger Safety Review, Final Report | HQ AR000858-HQ AR001380 | HQ AR000858-HQ AR001380.pdf |
| June 1, 1994 | Business Approach for the U.S. Army Corps of Engineers Recreation Program, Report | HQ AR001381-HQ AR001468 | HQ AR001381-HQ AR001468.pdf |
| January 31, 1993 | Engineering Pamphlet 870-1-43, Water Resources People and Issues, Interview with Gilbert T White | HQ AR001469-HQ AR001575 | HQ AR001469-HQ AR001575.pdf |
| November 1, 1992 | Engineering Regulation 1130-2-420, Project Operation, Visitor Assistance Program | HQ AR001576-HQ AR001600 | HQ AR001576-HQ AR001600.pdf |
| July 1, 1992 | Headquarters, U.S. Army Corps of Engineers, Authorized and Operating Purposes of Corps of Engineers Reservoirs | HQ AR001601-HQ AR001795 | HQ AR001601-HQ AR001795.pdf |
| February 15, 1991 | Engineering Regulation 1130-2-401, Planning, Development, Management and Operation, Visitor Center Program | HQ AR001796-HQ AR001809 | HQ AR001796-HQ AR001809.pdf |
| November 28, 1990 | Water Resources Development Act of 1990, Public Law 101-640 (Modified 16 U.S.C. 460d) | HQ AR001810-HQ AR001859 | HQ AR001810-HQ AR001859.pdf |
| October 27, 1990 | House Report 101-966, Water Resources Development Act of 1990, Conference Report | HQ AR001860-HQ AR001929 | HQ AR001860-HQ AR001929.pdf |
| September 14, 1990 | House Report 101-705, Committee on Public Works and Transportation Report, Water Resources Development Act of 1990 Report | HQ AR001930-HQ AR002044 | HQ AR001930-HQ AR002044.pdf |
| September 1, 1990 | U.S. Army Corps of Engineers, Recreation Study, A Plan Prepared for the Assistant Secretary of the Army (Civil Works) Volume I: Main Report | HQ AR002045-HQ AR002199 | HQ AR002045-HQ AR002199.pdf |
| September 1, 1990 | U.S. Army Corps of Engineers, Recreation Study, A Plan Prepared for the Assistant Secretary of the Army (Civil Works) Volume II: Appendices | HQ AR002200-HQ AR002776 | HQ AR002200-HQ AR002776.pdf |
| July 14, 1990 | Senate Report 101-333, Committee on Environment and Public Works, Water Resources Development Act 1990, Report | HQ AR002777-HQ AR002811 | HQ AR002777-HQ AR002811.pdf |
| January 25, 1990 | Memorandum, Subject: Overview of Performance Indicators (PIs) for Natural Resources | HQ AR002812-HQ AR002823 | HQ AR002812-HQ AR002823.pdf |
| January 1, 1989 | Engineering Pamphlet 870-1-35, Water Resources and People, Interview with Prof. Arthur Moss | HQ AR002824-HQ AR002962 | HQ AR002824-HQ AR002962.pdf |
| May 31, 1988 | Engineering Regulation 1110-2-400, Engineering and Design, Design of Recreation Sites, Areas, and Facilities | HQ AR002963-HQ AR002966 | HQ AR002963-HQ AR002966.pdf |
| January 1, 1988 | Engineering Pamphlet 870-1-29, The Evolution of the 1936 Flood Control Act (Estimated Date) | HQ AR002967-HQ AR003100 | HQ AR002967-HQ AR003100.pdf |

| December 30, 1987 | Engineering Regulation 1130-2-435, Project Operation, Preparation of Project Master Plans | HQ AR003101-HQ AR003128 | HQ AR003101-HQ AR003128.pdf |
|---|---|---|---|
| November 30, 1987 | Engineering Regulation 190-1-50, Military Police, Law Enforcement Policy, U.S. Army Corps of Engineers | HQ AR003129-HQ AR003153 | HQ AR003129-HQ AR003153.pdf |
| August 31, 1986 | U.S. Army Corps of Engineers Supplements to Army Military Police Regulations: Supplement 1 to Army Regulation (AR) 190-14, Carrying of Firearms; Supplement 1 to AR 190-31, Department of the Army Crime Prevention Program (with AR 190-13 attached); Supplement 1 to AR 190-40, Serious Incident Report (SIR) | HQ AR003154-HQ AR003167 | HQ AR003154-HQ AR003167.pdf |
| June 1, 1986 | Engineering Regulation 1130-2-400, Project Operation, Management of Natural Resources ad Outdoor Recreation at Civil Works Water Resource Projects | HQ AR003168-HQ AR003205 | HQ AR003168-HQ AR003205.pdf |
| September 3, 1985 | Federal Register Notice, Final Rule, 36 C.F.R. Part 327, Public Use of Water Resources Development Projects Administered by the Chief of Engineers, 50 Fed. Reg. 35,555 | HQ AR003206-HQ AR003212 | HQ AR003206-HQ AR003212.pdf |
| August 9, 1985 | Engineering Regulation 1165-2-400, Water Resources Policies and Authorities, Recreation Planning, Development, and Management Policies | HQ AR003213-HQ AR003237 | HQ AR003213-HQ AR003237.pdf |
| August 1, 1985 | Engineering Pamphlet 870-1-24, Water Resources People and Issues, An Interview with William R. Gianelli (Estimated Date) | HQ AR003238-HQ AR003360 | HQ AR003238-HQ AR003360.pdf |
| August 21, 1984 | U.S. Army Corps of Engineers Supplement 1 to Army Regulation 190-29, Military Police, Misdemeanors and Uniform Violations Notices Referred to U.S. Magistrate or District Courts | HQ AR003361-HQ AR003376 | HQ AR003361-HQ AR003376.pdf |
| February 1, 1984 | Engineering Regulation 1130-2-418, Project Operation, Cooperative Agreements for Law Enforcement Services at Civil Works Water Resource Projects (PL 94-587) | HQ AR003377-HQ AR003388 | HQ AR003377-HQ AR003388.pdf |
| October 1, 1981 | Engineering Pamphlet 870-1-6 Engineers of Independence A Documentary History of the Army Engineers in the American Revolution (Estimated Date) | HQ AR003389-HQ AR003806 | HQ AR003389-HQ AR003806.pdf |
| June 1, 1980 | PRC Public Management Services, Inc. Report Prepared for U.S. Army Corps of Engineers, Title: A Study to Develop a Course of Action for Combating Criminal Activities on Corps of Engineers Civil Works Projects | HQ AR003807-HQ AR003852 | HQ AR003807-HQ AR003852.pdf |
| May 15, 1980 | Senate Report No. 96-743, Committee on Environment and Public Works, Law Enforcement Assistance at Corps of Engineers Projects, Report | HQ AR003853-HQ AR003855 | HQ AR003853-HQ AR003855.pdf |
| May 10, 1979 | Engineering Regulation 1130-2-420, Project Operation, Visitor Assistance Program | HQ AR003856-HQ AR003871 | HQ AR003856-HQ AR003871.pdf |
| March 8, 1979 | Federal Register Notice, Final Rule, 36 C.F.R. Part 327, Public Use of Water Resources Development Projects Administered by the Chief of Engineers, 44 Fed. Reg. 12,672 | HQ AR003872-HQ AR003880 | HQ AR003872-HQ AR003880.pdf |
| November 1, 1978 | U.S. Army Corps of Engineers, Institute for Water Resources,  Report, "Condition and Operation Studies . . . Recreation," Research Report 78-R3 (Estimated Date) | HQ AR003881-HQ AR003951 | HQ AR003881-HQ AR003951.pdf |
| February 9, 1978 | Federal Register Notice, Proposed Rule, 36 C.F.R. Parts 313,322 and 327, Public Use of Water Resources Development Projects Administered by the Chief of Engineers, 43 Fed. Reg. 5,545 | HQ AR003952-HQ AR003960 | HQ AR003952-HQ AR003960.pdf |
| December 27, 1977 | Contents of File on the Issue of Arming Corps Rangers | HQ AR003961-HQ AR004041 | HQ AR003961-HQ AR004041.pdf |

| June 21, 1977 | General Accounting Office, Report to Congress, Crime in Federal Recreation Areas -- A Serious Problem Needing Congressional and Agency Action, GGD-77-28 | HQ AR004042-HQ AR004099 | HQ AR004042-HQ AR004099.pdf |
|---|---|---|---|
| December 30, 1975 | U.S. Army Corps of Engineers, Recreation Magnitude Report (Estimated Date) | HQ AR004100-HQ AR004134 | HQ AR004100-HQ AR004134.pdf |
| July 1, 1975 | Report to the Congress from the Secretary of the Army, Visitor Protection Services at the Corps of Engineers, Committee Print 94-13 | HQ AR004135-HQ AR004551 | HQ AR004135-HQ AR004551.pdf |
| March 1, 1975 | The Corps' Stake in Recreation, Brochure | HQ AR004552-HQ AR004559 | HQ AR004552-HQ AR004559.pdf |
| December 1, 1974 | PRC Public Management Services, Inc. Report Prepared for U.S. Army Corps of Engineers, Title: Report on Visitor Protection Services at Corps of Engineers Lakes | HQ AR004560-HQ AR004950 | HQ AR004560-HQ AR004950.pdf |
| March 23, 1973 | Federal Register Notice, Final Rule, 36 C.F.R. Parts 311, 326, and 327, Public Use of Water Resources Development Projects Administered by the Chief of Engineers, 38 Fed. Reg. 7552 | HQ AR004951-HQ AR004953 | HQ AR004951-HQ AR004953.pdf |
| August 28, 1972 | Federal Register Notice, Notice of Proposed Rule Making, 36 C.F.R. Parts 311, 326, and 327, Public Use of Water Resources Development Projects Administered by the Chief of Engineers, 37 Fed. Reg. 19,632 | HQ AR004954-HQ AR004956 | HQ AR004954-HQ AR004956.pdf |
| April 9, 1971 | Memorandum from Major General Starnes, Ohio River Division, USACE, to the Chief of Engineers, Subject: Proposed Office of the Chief of Engineers Regulation to Implement Section 234 of the Flood Control Act of 1970 (PL 91-611) | HQ AR004957-HQ AR004965 | HQ AR004957-HQ AR004965.pdf |
| March 6, 1971 | Final Rule, Revision of 36 C.F.R. Part 311, Public Use of Certain Lake and Reservoir Areas, 36 Fed. Reg. 4,494 | HQ AR004966-HQ AR004970 | HQ AR004966-HQ AR004970.pdf |
| December 31, 1970 | Rivers and Harbors Act of 1970, Public Law 91-611 (Modified 16 U.S.C. 460d) | HQ AR004971-HQ AR004988 | HQ AR004971-HQ AR004988.pdf |
| December 17, 1970 | House Report 91-1782, Conference Report, Rivers and Harbors and Flood Control Acts of 1970 | HQ AR004989-HQ AR005018 | HQ AR004989-HQ AR005018.pdf |
| December 8, 1970 | Senate Report 91-1422, Committee on Public Works, Rivers and Harbors Act of 1970, Senate Report | HQ AR005019-HQ AR005147 | HQ AR005019-HQ AR005147.pdf |
| December 3, 1970 | House Report 91-1665, Committee on Public Works, Rivers and Harbors and Flood Control Acts of 1970, Report | HQ AR005148-HQ AR005232 | HQ AR005148-HQ AR005232.pdf |
| December 1, 1970 | How to Meet Public Recreation Needs at Corps of Engineers Reservoirs, Report | HQ AR005233-HQ AR005365 | HQ AR005233-HQ AR005365.pdf |
| April 9, 1965 | Federal Register Notice, Final Rule, 36 C.F.R. Parts 313, Water Resource Development Projects Having Joint Regulations, 30 Fed. Reg. 4,610 | HQ AR005366-HQ AR005368 | HQ AR005366-HQ AR005368.pdf |
| September 3, 1964 | Land and Water Conservation Fund Act of 1965, Public Law 88-578 (Modified 16 U.S.C. 460d) | HQ AR005369-HQ AR005376 | HQ AR005369-HQ AR005376.pdf |
| August 31, 1964 | House Report 88-1847, Conference Report, Land and Water Conservation Fund | HQ AR005377-HQ AR005381 | HQ AR005377-HQ AR005381.pdf |

| | | | |
|---|---|---|---|
| August 10, 1964 | Senate Report 88-1364, Committee on Interior and Insular Affairs Report, Land and Water Conservation Fund Act | HQ AR005382-HQ AR005420 | HQ AR005382-HQ AR005420.pdf |
| November 14, 1963 | House Report 88-900, Committee on Interior and Insular Affairs, Report Land and Water Conservation Fund Act | HQ AR005421-HQ AR005479 | HQ AR005421-HQ AR005479.pdf |
| October 23, 1962 | River and Harbor Act of 1962, Public Law 87-874 (Modified 16 U.S.C. 460d) | HQ AR005480-HQ AR005505 | HQ AR005480-HQ AR005505.pdf |
| October 12, 1962 | House Report 87-2557, Conference Report, Omnibus Rivers and Harbors and Flood Control Acts of 1962 | HQ AR005506-HQ AR005553 | HQ AR005506-HQ AR005553.pdf |
| October 1, 1962 | House Report 87-2504, Report of Committee on Public Works, River and Harbor, Beach Erosion, and Flood Control Projects, Report | HQ AR005554-HQ AR005803 | HQ AR005554-HQ AR005803.pdf |
| February 22, 1962 | Joint Policies of the Departments of Interior and the Army Relative to Reservoir Project Lands, 27 Fed. Reg. 1,734 | HQ AR005804-HQ AR005804 | HQ AR005804-HQ AR005804.pdf |
| October 21, 1959 | Federal Register Notice, Part 311 - Public Use of Certain Reservoir Areas, Republication of Part, 24 Fed. Reg. 8,496 | HQ AR005805-HQ AR005807 | HQ AR005805-HQ AR005807.pdf |
| September 3, 1954 | Rivers and Harbors of 1954, Public Law 83-780 (Modified 16 U.S.C. 460d) | HQ AR005808-HQ AR005827 | HQ AR005808-HQ AR005827.pdf |
| July 29, 1954 | Senate Report 83-2007, Committee on Public Works, Authorizing the Construction, Repair, and Preservation of Certain Public Works on Rivers and Harbors for Navigation, Flood Control, and for other Purposes, Report | HQ AR005828-HQ AR005864 | HQ AR005828-HQ AR005864.pdf |
| July 15, 1954 | House Report 83-2247, Report of Committee on Public Works, River and Harbor, Beach Erosion, and Flood Control Projects, Report | HQ AR005865-HQ AR006032 | HQ AR005865-HQ AR006032.pdf |
| October 30, 1951 | Federal Register Notice, Part 311 - Rules and Regulations Governing Public Use of Certain Reservoir Areas, Miscellaneous Amendments, 16 Fed. Reg. 10,993 | HQ AR006033-HQ AR006033 | HQ AR006033-HQ AR006033.pdf |
| February 21, 1950 | Federal Register Notice, Part 311 - Rules and Regulations Governing Public Use of Certain Reservoir Areas, Allatoona Reservoir Area, Etowah River, Georgia, 15 Fed. Reg. 912 | HQ AR006034-HQ AR006034 | HQ AR006034-HQ AR006034.pdf |
| July 2, 1947 | Federal Register Notice, Part 321 - Public Use of Lake Texoma and Denison Reservoir Area, Red River, Oklahoma and Texas,  12 Fed. Reg. 4,268 | HQ AR006035-HQ AR006036 | HQ AR006035-HQ AR006036.pdf |
| June 18, 1947 | Federal Register Notice, Part 311 - Rules and Regulations Governing Public Use of Certain Reservoir Areas, Miscellaneous Amendments, 12 Fed. Reg. 3,940 | HQ AR006037-HQ AR006037 | HQ AR006037-HQ AR006037.pdf |
| October 8, 1946 | Federal Register Notice, Part 301 - Park and Recreation Areas, Part 311 - Rules and Regulations Governing Public Use of Certain Reservoir Areas, 11 Fed. Reg. 11,595 | HQ AR006038-HQ AR006039 | HQ AR006038-HQ AR006039.pdf |
| August 22, 1946 | Federal Register Notice, Part 301 - Park and Recreation Areas, 11 Fed. Reg. 9278 | HQ AR006040-HQ AR006041 | HQ AR006040-HQ AR006041.pdf |
| July 24, 1946 | Rivers and Harbors Act of 1946, Public law 79-525 (Modified 16 U.S.C. 460d) | HQ AR006042-HQ AR006049 | HQ AR006042-HQ AR006049.pdf |

| July 9, 1946 | House Report 79-2472, Second Conference Report, Authorizing the Construction, Repair, and Preservation of Certain Public Works on Rivers and Harbors | HQ AR006050-HQ AR006054 | HQ AR006050-HQ AR006054.pdf |
|---|---|---|---|
| July 8, 1946 | House Report 79-2469, Conference Report, Authorizing the Construction, Repair, and Preservation of Certain Public Works on Rivers and Harbors | HQ AR006055-HQ AR006059 | HQ AR006055-HQ AR006059.pdf |
| June 18, 1946 | Senate Report 79-1508, Committee on Commerce, Report on Omnibus Rivers and Harbors Bill | HQ AR006060-HQ AR006118 | HQ AR006060-HQ AR006118.pdf |
| May 13, 1946 | House Report 79-2009, Committee on Rivers and Harbors, Report on River and Harbor Bill | HQ AR006119-HQ AR006176 | HQ AR006119-HQ AR006176.pdf |
| December 22, 1944 | Rivers and Harbors Act and Flood Control Act of 1944, Public Law 78-533 | HQ AR006177-HQ AR006197 | HQ AR006177-HQ AR006197.pdf |
| December 11, 1944 | House Report 78-2051 Conference Report, Authorizations for Reservoirs, Levees, and Flood Walls for Flood Control | HQ AR006198-HQ AR006211 | HQ AR006198-HQ AR006211.pdf |
| June 22, 1944 | Senate Report 78-1030, Committee on Commerce, Authorizing the Construction of Certain Public Works on Rivers and Harbors for Flood Control, and for other Purposes, Report | HQ AR006212-HQ AR006242 | HQ AR006212-HQ AR006242.pdf |
| March 29, 1944 | House Report 78-1309, Committee on Flood Control, Authorizations for Reservoirs, Levees, and Flood Walls for Flood Control, Report | HQ AR006243-HQ AR006297 | HQ AR006243-HQ AR006297.pdf |