IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| GEORGIACARRY.ORG, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) CIVIL ACTION FILE NO. ) |
| v. | ) 4:14-CV-139-HLM (consolidated ) with 4:15-CV-0009-HLM) |
| U.S. ARMY CORPS OF ENGINEERS et al., | ) ) ) |
| Defendants. | ) |

### CERTIFICATION OF THE ADMINISTRATIVE RECORD RELATED TO DAVID JAMES'S REQUEST TO CARRY A FIREARM ON LAKE ALLATOONA PROPERTY

I, Colonel Jon J. Chytka, am currently employed as the Commander, Mobile District for the U.S. Army Corps of Engineers, 109 St. Joseph St. Mobile, Alabama 36602. In that capacity, I was responsible for reviewing Mr. James' request and deciding not to exercise my discretion to grant it based on the information provided.

I certify that the documents identified in the attached Index to the Administrative Record are a true and correct copy of all non-privileged materials located by the Corps that comprise the administrative record related to the decision on whether to grant David James' request to carry a firearm on Lake Allatoona property under 36 C.F.R. § 327.13(a)(4).

In accordance with 28 U.S.C. § 1746, I certify and declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 13, 2015

_____
Jon J. Chytka
Colonel, EN
Commander, Mobile District
U.S. Army Corps of Engineers