# Mobile District, Administrative Record

| Date | Description | Bate Range | Filename |
|---|---|---|---|
| June 9, 2014 | Emails Between COL Jon Chytka and Mr David James, Subject: FW EXTERNAL Firearms at Allatoona Lake Corp Properties | SAM AR000001-SAM AR000004 | SAM AR000001-SAM AR000004 pdf |
| May 14, 2014 | Email, Subject: FW Idaho injunction | SAM AR000005-SAM AR000005 | SAM AR000005-SAM AR000005 pdf |
| December 31, 2013 | Federal Bureau of Investigation (FBI), Uniform Crime Reports, Table 10 Offenses Known to Law Enforcement, Georgia, by Metropolitan and Nonmetropolitan Counties 2013 | SAM AR000006-SAM AR000009 | SAM AR000006-SAM AR000009 pdf |
| October 29, 2013 | Lake Sidney Lanier, Buford Dam, Lower Overlook Overview, Map | SAM AR000010-SAM AR000010 | SAM AR000010-SAM AR000010 pdf |
| October 29, 2013 | Lower Overlook Park and Gate Imagery | SAM AR000011-SAM AR000011 | SAM AR000011-SAM AR000011 pdf |
| October 1, 2013 | Allatoona Lake, Value to the Nation, Recreation 2013 (Estimated Date, Accessed Nov 2015) | SAM AR000012-SAM AR000013 | SAM AR000012-SAM AR000013 pdf |
| September 13, 2013 | Congressional Research Service, Firearms at Army Corps Water Resources Projects Proposed Legislation and Issues for Congress | SAM AR000014-SAM AR000024 | SAM AR000014-SAM AR000024 pdf |
| June 26, 2013 | Diagram of Ranger Vehicle Placement, Shooting | SAM AR000025-SAM AR000025 | SAM AR000025-SAM AR000025 pdf |
| June 26, 2013 | After Action Review, Shooting of Park Ranger, Lake Sidney Lanier, Ga | SAM AR000026-SAM AR000031 | SAM AR000026-SAM AR000031 pdf |
| December 31, 2012 | U S Army Corps of Engineers, Basic Analysis of FBI Uniform Crime Reports Data, Estimated Date | SAM AR000032-SAM AR000032 | SAM AR000032-SAM AR000032 pdf |
| December 31, 2012 | FBI Uniform Crime Reports, Table 10, Offenses Known to Law Enforcement, Georgia, by Metropolitan and Nonmetropolitan Counties 2012 | SAM AR000033-SAM AR000037 | SAM AR000033-SAM AR000037 pdf |
| December 31, 2012 | FBI Uniform Crime Reports, Table 11, Offenses Known to Law Enforcement Federal Agencies by State, Tribal, and other Agencies, 2012 | SAM AR000038-SAM AR000038 | SAM AR000038-SAM AR000038 pdf |
| July 3, 2012 | Headquarters, U S Army Corps of Engineers, Memorandum, Subject Visitor Assistance Program Policy and Guidance | SAM AR000039-SAM AR000052 | SAM AR000039-SAM AR000052 pdf |
| December 31, 2011 | U S Army Corps of Engineers, Nationwide Number of 327 13a Citations-Warnings Issued (Estimated Date) | SAM AR000053-SAM AR000053 | SAM AR000053-SAM AR000053 pdf |
| December 31, 2011 | Allatoona Lake, Project Statistics, FY 2011 (Estimated Date) | SAM AR000054-SAM AR000054 | SAM AR000054-SAM AR000054 pdf |
| December 31, 2011 | FBI Uniform Crime Reports, Table 10, Offenses Known to Law Enforcement, Georgia, by Metropolitan and Nonmetropolitan Counties, 2011 | SAM AR000055-SAM AR000059 | SAM AR000055-SAM AR000059 pdf |
| December 31, 2011 | FBI Uniform Crime Reports, Table 11, Offenses Known to Law Enforcement Federal Agencies by State, Tribal, and other Agencies, 2011 | SAM AR000060-SAM AR000060 | SAM AR000060-SAM AR000060 pdf |
| September 15, 2011 | Department of Homeland Security, Office of Inspector General, Risk Assessment Efforts in the Dams Sector, OIG-11-110 | SAM AR000061-SAM AR000078 | SAM AR000061-SAM AR000078 pdf |
| September 12, 2011 | U S Army Corps of Engineers, Visitor Assistance Program, 2010 Park Ranger Study and 2011 Manager Study Report | SAM AR000079-SAM AR000126 | SAM AR000079-SAM AR000126 pdf |

**Mobile District, Administrative Record**

| Date | Description | Bates Range | File |
|---|---|---|---|
| March 31, 2011 | U S Army Corps of Engineers, Recreation Strategic Plan | SAM AR000127-SAM AR000156 | SAM AR000127-SAM AR000156 pdf |
| December 31, 2010 | FBI Uniform Crime Reports, Table 10, Offenses Known to Law Enforcement, Georgia, by Metropolitan and Nonmetropolitan Counties, 2010 | SAM AR000157-SAM AR000161 | SAM AR000157-SAM AR000161 pdf |
| December 31, 2010 | FBI Uniform Crime Reports, Table 11, Offenses Known to Law Enforcement Federal Agencies by State, Tribal, and other Agencies, 2010 | SAM AR000162-SAM AR000162 | SAM AR000162-SAM AR000162 pdf |
| March 16, 2010 | Presentation on Ranger Safety, Case Study | SAM AR000163-SAM AR000181 | SAM AR000163-SAM AR000181 pdf |
| February 19, 2010 | Email, Subject: New Federal Law Pertaining to Firearms on NPS-FWS Lands Not Applicable at USACE Projects | SAM AR000182-SAM AR000183 | SAM AR000182-SAM AR000183 pdf |
| January 6, 2010 | U S Army Corps of Engineers, Allatoona Lake, Website, Screen Captures | SAM AR000184-SAM AR000201 | SAM AR000184-SAM AR000201 pdf |
| January 6, 2010 | U S Army Corps of Engineers, Corps Lakes Gateway Website, Allatoona Lake, Screen Captures | SAM AR000202-SAM AR000212 | SAM AR000202-SAM AR000212 pdf |
| January 4, 2010 | Congressional Research Service, Using Army Corps of Engineers Reservoirs for Municipal and Industrial Water Supply: Current Issues | SAM AR000213-SAM AR000222 | SAM AR000213-SAM AR000222 pdf |
| December 31, 2009 | FBI Uniform Crime Reports, Table 10, Offenses Known to Law Enforcement, Georgia, by Metropolitan and Nonmetropolitan Counties, 2009 | SAM AR000223-SAM AR000226 | SAM AR000223-SAM AR000226 pdf |
| December 31, 2009 | FBI, Uniform Crime Reports, Table 11, Offenses Known to Law Enforcement Federal Agencies by State, Tribal, and other Agencies, 2009 | SAM AR000227-SAM AR000227 | SAM AR000227-SAM AR000227 pdf |
| October 1, 2009 | U S Army Corps of Engineers, Mobile District, Press Release 09-44 Allatoona and Carters reduced flood damages | SAM AR000228-SAM AR000229 | SAM AR000228-SAM AR000229 pdf |
| December 31, 2008 | FBI, Uniform Crime Reports, Table 10, Offenses Known to Law Enforcement, Georgia, by Metropolitan and Nonmetropolitan Counties, 2008 | SAM AR000230-SAM AR000232 | SAM AR000230-SAM AR000232 pdf |
| December 31, 2008 | FBI, Uniform Crime Reports, Table 11, Offenses Known to Law Enforcement Federal Agencies by State, Tribal, and other Agencies, 2008 | SAM AR000233-SAM AR000233 | SAM AR000233-SAM AR000233 pdf |
| December 12, 2008 | Email, Subject: New DOI Firearm Regulation Not Applicable at U S Army Corps of Engineers Projects | SAM AR000234-SAM AR000235 | SAM AR000234-SAM AR000235 pdf |
| August 30, 2008 | Engineering Regulation 1130-2-550, Chapter 6 - Visitor Assistance Program | SAM AR000236-SAM AR000239 | SAM AR000236-SAM AR000239 pdf |
| August 30, 2008 | Engineering Pamphlet 1130-2-550, Chapter 6 - Visitor Assistance Program | SAM AR000240-SAM AR000250 | SAM AR000240-SAM AR000250 pdf |
| May 15, 2008 | U S Army Corps of Engineers, Mobile District, Press Release 08-22, New Georgia Gun Bill Does Not Affect Corps Lakes | SAM AR000251-SAM AR000251 | SAM AR000251-SAM AR000251 pdf |
| December 31, 2007 | FBI, Uniform Crime Reports, Table 10 Offenses Known to Law Enforcement, Georgia, by Metropolitan and Nonmetropolitan Counties, 2007 | SAM AR000252-SAM AR000255 | SAM AR000252-SAM AR000255 pdf |
| December 31, 2007 | FBI, Uniform Crime Reports, Table 11, Offenses Known to Law Enforcement Federal Agencies by State, Tribal, and other Agencies, 2007 | SAM AR000256-SAM AR000256 | SAM AR000256-SAM AR000256 pdf |
| January 1, 2007 | Department of Homeland Security, Dams Sector Security Awareness Guide, A Guide for Owners and Operators | SAM AR000257-SAM AR000276 | SAM AR000257-SAM AR000276 pdf |

# Mobile District, Administrative Record

| Date | Description | Bates Range | File |
|---|---|---|---|
| December 31, 2006 | FBI, Uniform Crime Reports, Table 10, Offenses Known to Law Enforcement, Georgia, by Metropolitan and Nonmetropolitan Counties, 2006 | SAM AR000277-SAM AR000278 | SAM AR000277-SAM AR000278 pdf |
| December 31, 2006 | FBI, Uniform Crime Reports, Table 11, Offenses Known to Law Enforcement Federal Agencies by State, Tribal, and other Agencies, 2006 | SAM AR000279-SAM AR000279 | SAM AR000279-SAM AR000279 pdf |
| October 1, 2006 | Allatoona Lake, Value To Nation, Webpage, (Estimated Date) | SAM AR000280-SAM AR000280 | SAM AR000280-SAM AR000280 pdf |
| August 22, 2006 | Headquarter, U S Army Corps of Engineers, Letter on 36 C F R 327 13 Application in Texas | SAM AR000281-SAM AR000281 | SAM AR000281-SAM AR000281 pdf |
| July 17, 2006 | U S Army Corps of Engineers, Mobile District, Press Release 06-26, Tube Kiting | SAM AR000282-SAM AR000283 | SAM AR000282-SAM AR000283 pdf |
| December 31, 2005 | FBI, Uniform Crime Reports, Table 10, Offenses Known to Law Enforcement, Georgia, by Metropolitan and Nonmetropolitan Counties, 2005 | SAM AR000284-SAM AR000285 | SAM AR000284-SAM AR000285 pdf |
| December 1, 2003 | Allatoona Lake Metal Detector Policy | SAM AR000286-SAM AR000287 | SAM AR000286-SAM AR000287 pdf |
| January 1, 2003 | Allatoona Lake, Lake Boundary Line Markings and Permitted Uses of Public Land | SAM AR000288-SAM AR000289 | SAM AR000288-SAM AR000289 pdf |
| May 1, 2000 | Engineering Pamphlet, 1165-2-316 - 36 CFR 327, Brochure | SAM AR000290-SAM AR000292 | SAM AR000290-SAM AR000292 pdf |
| February 11, 2000 | 65 Fed Reg 6,896, Final Rule | SAM AR000293-SAM AR000300 | SAM AR000293-SAM AR000300 pdf |
| July 20, 1999 | 64 Fed Reg 38,854, Proposed Rule | SAM AR000301-SAM AR000308 | SAM AR000301-SAM AR000308 pdf |
| October 30, 1998 | Allatoona Lake Shoreline Management Plan | SAM AR000309-SAM AR000389 | SAM AR000309-SAM AR000389 pdf |
| September 30, 1998 | Flood Control Map, Allatoona Lake | SAM AR000390-SAM AR000390 | SAM AR000390-SAM AR000390 pdf |
| September 30, 1998 | Allatoona Lake, Dam Drawings | SAM AR000391-SAM AR000391 | SAM AR000391-SAM AR000391 pdf |
| November 15, 1996 | Engineering Regulation 1130-2-550, Recreation Operations and Maintenance Policies (up to change 7 Jan 30 2013) | SAM AR000392-SAM AR000477 | SAM AR000392-SAM AR000477 pdf |
| November 15, 1996 | Engineering Pamphlet 1130-2-550, Recreation Operations and Maintenance Policies up to change 5 Jan 30 2013 | SAM AR000478-SAM AR000638 | SAM AR000478-SAM AR000638 pdf |
| May 10, 1996 | Headquarters, U S Army Corps of Engineers, Memorandum, Subject Recreation Policy Letter 96-01 Visitor Ranger Safety | SAM AR000639-SAM AR000649 | SAM AR000639-SAM AR000649 pdf |
| December 15, 1993 | Revision Allatoona Manual, Approval | SAM AR000650-SAM AR000661 | SAM AR000650-SAM AR000661 pdf |
| December 1, 1993 | Alabama-Coosa River Basin Water Control Manual, Appendix A, Allatoona Reservoir | SAM AR000662-SAM AR000777 | SAM AR000662-SAM AR000777 pdf |
| July 1, 1992 | Headquarters, U S Army Corps of Engineers, Authorized and Operating Purposes of Corps of Engineers Reservoirs | SAM AR000778-SAM AR000972 | SAM AR000778-SAM AR000972 pdf |

# Mobile District, Administrative Record

| Date | Description | Range | PDF |
|---|---|---|---|
| September 3, 1985 | 50 Fed Reg 35,555, Final Rule | SAM AR000973-SAM AR000979 | SAM AR000973-SAM AR000979 pdf |
| March 8, 1979 | 44 Fed Reg 12,672, Final Rule | SAM AR000980-SAM AR000988 | SAM AR000980-SAM AR000988 pdf |
| February 9, 1978 | 43 Fed Reg 5,545, Proposed Rule | SAM AR000989-SAM AR000997 | SAM AR000989-SAM AR000997 pdf |
| March 23, 1973 | 38 Fed Reg 7,552, Final Rule | SAM AR000998-SAM AR001000 | SAM AR000998-SAM AR001000 pdf |
| August 28, 1972 | 37FedReg19632 Proposed Rule part 327 1972 | SAM AR001001-SAM AR001003 | SAM AR001001-SAM AR001003 pdf |
| March 6, 1971 | 36 Fed Reg 4,494, Final Rule | SAM AR001004-SAM AR001008 | SAM AR001004-SAM AR001008 pdf |
| April 9, 1965 | 30 Fed Reg 4,610, Final Rule | SAM AR001009-SAM AR001011 | SAM AR001009-SAM AR001011 pdf |
| August 1, 1962 | Alabama-Coosa River Basin, Reservoir Regulation Manual, Appendix A, Allatoona Reservoir | SAM AR001012-SAM AR001101 | SAM AR001012-SAM AR001101 pdf |
| February 22, 1962 | 27 Fed Reg 1734 Joint Policies of Department of Interior and Department of Army Relative to Reservoir Project Lands | SAM AR001102-SAM AR001102 | SAM AR001102-SAM AR001102 pdf |
| October 21, 1959 | 24 Fed Reg 8496 Republication of Part 311 Oct 21 1959 | SAM AR001103-SAM AR001105 | SAM AR001103-SAM AR001105 pdf |
| October 30, 1951 | 16 Fed Reg 10993 Misc Amendments to Part 311 Oct 30 1951 | SAM AR001106-SAM AR001106 | SAM AR001106-SAM AR001106 pdf |
| June 1, 1951 | Reservoir Management Manual, Allatoona Reservoir, Coosa River Basin, Georgia | SAM AR001107-SAM AR001143 | SAM AR001107-SAM AR001143 pdf |
| February 21, 1950 | 15 Fed Reg 912 Addition of Allatoona Reservoir Area to Final Rule | SAM AR001144-SAM AR001144 | SAM AR001144-SAM AR001144 pdf |
| June 18, 1947 | 12 Fed Reg 3,940 Misc Amendments | SAM AR001145-SAM AR001145 | SAM AR001145-SAM AR001145 pdf |
| October 8, 1946 | 11 Fed Reg 11,595 Rules and Regulations Governing Public Use of Certain Reservoir Areas | SAM AR001146-SAM AR001147 | SAM AR001146-SAM AR001147 pdf |
| August 22, 1946 | 11 Fed Reg 9,278 Parks and Recreation Areas, Final Rule | SAM AR001148-SAM AR001149 | SAM AR001148-SAM AR001149 pdf |
| December 22, 1944 | Rivers and Harbors and Flood Control Act of 1944, Pub L No 78-534 | SAM AR001150-SAM AR001170 | SAM AR001150-SAM AR001170 pdf |
| March 29, 1944 | House Report No 78-1309 Flood Control Act | SAM AR001171-SAM AR001184 | SAM AR001171-SAM AR001184 pdf |
| August 18, 1941 | Rivers and Harbors and Flood Control Act of 1941, Pub L No 77-228 | SAM AR001185-SAM AR001198 | SAM AR001185-SAM AR001198 pdf |
| August 1, 1941 | House Report No 77-1104 Conference Report, Flood Control Act of 1941 | SAM AR001199-SAM AR001204 | SAM AR001199-SAM AR001204 pdf |

**Mobile District, Administrative Record**

| Date | Description | Bates Range | File |
|---|---|---|---|
| July 24, 1941 | Senate Report No 77-575, Flood Control Act of 1941, Report | SAM AR001205-SAM AR001213 | SAM AR001205-SAM AR001213 pdf |
| June 9, 1941 | House Report No 77-759, Flood Control Act of 1941, Report | SAM AR001214-SAM AR001264 | SAM AR001214-SAM AR001264 pdf |
| March 20, 1940 | House Document No 76-674, Allatoona Reservoir | SAM AR001265-SAM AR001309 | SAM AR001265-SAM AR001309 pdf |
| No Date Available | Allatoona Project Information | SAM AR001310-SAM AR001311 | SAM AR001310-SAM AR001311 pdf |
| No Date Available | Allatoona Lake, Location Map | SAM AR001312-SAM AR001312 | SAM AR001312-SAM AR001312 pdf |
| No Date Available | Allatoona Lake, Overview Map | SAM AR001313-SAM AR001313 | SAM AR001313-SAM AR001313 pdf |
| No Date Available | Allatoona Lake, Facility Utilization Summary Report | SAM AR001314-SAM AR001338 | SAM AR001314-SAM AR001338 pdf |
| No Date Available | Allatoona Lake, Proposed Land Use Map | SAM AR001339-SAM AR001339 | SAM AR001339-SAM AR001339 pdf |
| No Date Available | Allatoona Park Attendant, Standard Operating Procedures | SAM AR001340-SAM AR001349 | SAM AR001340-SAM AR001349 pdf |
| No Date Available | Allatoona Lakes Citation Information | SAM AR001350-SAM AR001351 | SAM AR001350-SAM AR001351 pdf |
| No Date Available | Allatoona Lake Fact Sheet | SAM AR001352-SAM AR001352 | SAM AR001352-SAM AR001352 pdf |
| No Date Available | Allatoona Lake Hunting Area Maps | SAM AR001353-SAM AR001362 | SAM AR001353-SAM AR001362 pdf |
| No Date Available | Allatoona Lake Hiking Trail Maps | SAM AR001363-SAM AR001368 | SAM AR001363-SAM AR001368 pdf |
| No Date Available | Allatoona Lake Gold Panning Policy | SAM AR001369-SAM AR001369 | SAM AR001369-SAM AR001369 pdf |
| No Date Available | Allatoona Lake Day Use Recreation Areas Map | SAM AR001370-SAM AR001370 | SAM AR001370-SAM AR001370 pdf |
| No Date Available | Allatoona Lake Campgrounds Map | SAM AR001371-SAM AR001371 | SAM AR001371-SAM AR001371 pdf |
| No Date Available | Allatoona Lake Campground Rules | SAM AR001372-SAM AR001372 | SAM AR001372-SAM AR001372 pdf |
| No Date Available | Allatoona Lake Bike Trail Maps | SAM AR001373-SAM AR001377 | SAM AR001373-SAM AR001377 pdf |
| No Date Available | Allatoona Lake Activity Grid (accessed Nov 2015) | SAM AR001378-SAM AR001382 | SAM AR001378-SAM AR001382 pdf |
| No Date Available | Allatoona Lake Campground Facilities Grid | SAM AR001383-SAM AR001383 | SAM AR001383-SAM AR001383 pdf |