# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) | 4:14-CV-139-HLM (consolidated with 4:15-CV-0009-HLM) |
| U.S. ARMY CORPS OF ENGINEERS et al., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING OF CERTIFIED ADMINISTRATIVE RECORD RELATED TO PLAINTIFF BRIAN BARRS' REQUEST TO CARRY A FIREARM ON J. STROM THURMOND DAM AND LAKE

In accordance with the Court's order dated October 19, 2015 [ECF No. 37], Defendants hereby file a certified copy of the administrative record related to Plaintiff Brian Barrs' request to carry a firearm on property managed by the U.S. Army Corps of Engineers at J. Strom Thurmond Dam and Lake.

Dated: November 16, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

 /s/ Daniel Riess
JOHN R. TYLER
Assistant Branch Director

DANIEL RIESS
Trial Attorney
U.S. Department of Justice
Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov

Of Counsel

JOHN A. HORN
United States Attorney
LORI BERANEK
Assistant United States Attorney
600 Richard B. Russell Federal Building
75 Spring Street, S.W.
Atlanta, Georgia 30303
Lori.Beranek@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that, on November 16, 2015, I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the parties' attorneys of record.

This 16th day of November, 2015.

      /s/ Daniel Riess
    Daniel Riess