IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| GEORGIACARRY.ORG, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) CIVIL ACTION FILE NO. ) |
| v. | ) 4:14-CV-139-HLM (consolidated ) with 4:15-CV-0009-HLM) |
| U.S. ARMY CORPS OF ENGINEERS et al., | ) ) ) |
| Defendants. | ) ) |

## CERTIFICATION OF THE ADMINISTRATIVE RECORD RELATED TO BRIAN BARRS'S REQUEST TO CARRY A FIREARM ON J. STROM THURMOND DAM AND LAKE

I, Robert T. Germann, am currently employed as the Chief of Operations for the U.S. Army Corps of Engineers Savannah District, 100 W. Oglethorpe Avenue, Savannah, GA 31410. In that capacity, I am responsible for overseeing the Corps' multipurpose projects located on the Savannah River, including J. Strom Thurmond Dam and Lake. I am also responsible for all personnel employed at the projects, with oversight of all functions occurring there, including hydropower, recreation, and security.

I certify that the documents identified in the attached Index to the Administrative Record are a true and correct copy of all non-privileged materials located by the Corps that comprise the administrative record related to the decision on whether to grant Brian Barrs's request to carry a loaded firearm on Corps managed property at J. Strom Thurmond Dam and Lake under 36 C.F.R. § 327.13(a)(4).

In accordance with 28 U.S.C. § 1746, I certify and declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 13, 2015

Robert T. Germann
Chief of Operations
Savannah District
US Army Corps of Engineers