| Date | Document | Bates Range | Filename |
|------|----------|-------------|----------|
| 7/8/2014 | Col. Tickner Email Denying Mr. Barrs's Request | SAS AR00001-SAS AR00003 | SAS AR00001-SAS AR00003.pdf |
| 7/8/2014 | Col. Tickner Decision Memorandum | SAS AR00004-SAS AR00006 | SAS AR00004-SAS AR00006.pdf |
| 7/8/2014 | Citations and Warnings for Weapons and Explosives by Savannah District Projects (FY2000-FY2014) (Approximate Date) | SAS AR00007-SAS AR00007 | SAS AR00007-SAS AR00007.pdf |
| 7/8/2014 | Citations and Warnings for Violation of Project Restrictions by Savannah District Projects (FY2000-FY2014) (Approximate Date) | SAS AR00008-SAS AR00008 | SAS AR00008-SAS AR00008.pdf |
| 7/8/2014 | Citations and Warnings for Interference With Rangers by Savannah District Projects (FY2000-FY2014) (Approximate Date) | SAS AR00009-SAS AR00009 | SAS AR00009-SAS AR00009.pdf |
| 4/25/2014 | Thurmond Project Incident Report Summary FY14 | SAS AR00010-SAS AR00011 | SAS AR00010-SAS AR00011.pdf |
| 12/31/2013 | USACE Wide Number of 327.13a Citations-Warnings Issued (Approximate Date) | SAS AR00012-SAS AR00012 | SAS AR00012-SAS AR00012.pdf |
| 12/31/2013 | FBI Uniform Crime Reports, Table 10 Offenses Known to Law Enforcement, Georgia by Metropolitan and Nonmetropolitan Counties 2013 (Approximate Date) | SAS AR00013-SAS AR00016 | SAS AR00013-SAS AR00016.pdf |
| 10/8/2013 | Thurmond Project Incident Report Summary FY13 | SAS AR00017-SAS AR00018 | SAS AR00017-SAS AR00018.pdf |
| 9/13/2013 | Congressional Research Service, "Firearms at Army Corps Water Resources Projects Proposed Legislation and Issues for Congress" | SAS AR00019-SAS AR00029 | SAS AR00019-SAS AR00029.pdf |
| 1/1/2013 | Corps Lakes on the Savannah River Brochure  (Approximate Date) | SAS AR00030-SAS AR00038 | SAS AR00030-SAS AR00038.pdf |
| 12/31/2012 | USACE Basic Analysis of FBI Uniform Crime Report Data  (Approximate Date) | SAS AR00039-SAS AR00039 | SAS AR00039-SAS AR00039.pdf |
| 12/31/2012 | FBI Uniform Crime Reports, Table 10 Offenses Known to Law Enforcement, Georgia by Metropolitan and Nonmetropolitan Counties 2012 (Approximate Date) | SAS AR00040-SAS AR00044 | SAS AR00040-SAS AR00044.pdf |
| 12/31/2012 | FBI Uniform Crime Reports, Table 11 Offenses Known to Law Enforcement, Federal Agencies by State, Tribal and Other Agencies, Nationwide 2012 (Approximate Date) | SAS AR00045-SAS AR00045 | SAS AR00045-SAS AR00045.pdf |
| 12/31/2012 | Public Visitation at Savannah District Projects (FY2000-FY2012) (Approximate Date) | SAS AR00046-SAS AR00046 | SAS AR00046-SAS AR00046.pdf |
| 10/15/2012 | Thurmond Project Incident Report Summary FY12 | SAS AR00047-SAS AR00049 | SAS AR00047-SAS AR00049.pdf |
| 9/3/2012 | Columbia County Sherriff's Office Daily Patrol Logs for USACE Law Enforcement Contract at Thurmond Project (FY2012) (Approximate Date) | SAS AR00050-SAS AR00123 | SAS AR00050-SAS AR00123.pdf |
| 7/3/2012 | HQUSACE Memorandum, "Visitor Assistance Program-Policy and Guidance" | SAS AR00124-SAS AR00137 | SAS AR00124-SAS AR00137.pdf |
| 3/30/2012 | Contracts for Supplemental Law Enforcement Patrols at Thurmond Project (FY2012) (Approximate Date) | SAS AR00138-SAS AR00209 | SAS AR00138-SAS AR00209.pdf |

| 12/31/2011 | FBI Uniform Crime Reports, Table 10 Offenses Known to Law Enforcement, Georgia by Metropolitan and Nonmetropolitan Counties 2011 (Approximate Date) | SAS AR00210-SAS AR00214 | SAS AR00210-SAS AR00214.pdf |
|---|---|---|---|
| 12/31/2011 | FBI Uniform Crime Reports, Table 11 Offenses Known to Law Enforcement, Federal Agencies by State, Tribal and Other Agencies, Nationwide 2011 (Approximate Date) | SAS AR00215-SAS AR00215 | SAS AR00215-SAS AR00215.pdf |
| 10/25/2011 | Thurmond Project Incident Report Summary FY11 | SAS AR00216-SAS AR00218 | SAS AR00216-SAS AR00218.pdf |
| 9/15/2011 | Dept. Homeland Security, OIG-11-110 "DHS Risk Assessment Efforts in the Dams Sector" | SAS AR00219-SAS AR00236 | SAS AR00219-SAS AR00236.pdf |
| 9/12/2011 | USACE Visitor Assistance Program 2010 Park Ranger Study and 2011 Manager Study Report | SAS AR00237-SAS AR00284 | SAS AR00237-SAS AR00284.pdf |
| 8/31/2011 | Columbia County Sherriff's Office Daily Patrol Logs for USACE Law Enforcement Contract at Thurmond Project (FY2011) (Approximate Date) | SAS AR00285-SAS AR00412 | SAS AR00285-SAS AR00412.pdf |
| 4/20/2011 | Contracts for Supplemental Law Enforcement Patrols at Thurmond Project (FY2011) (Approximate Date) | SAS AR00413-SAS AR00448 | SAS AR00413-SAS AR00448.pdf |
| 3/31/2011 | USACE Recreation Strategic Plan | SAS AR00449-SAS AR00478 | SAS AR00449-SAS AR00478.pdf |
| 12/31/2010 | FBI Uniform Crime Reports, Table 10 Offenses Known to Law Enforcement, Georgia by Metropolitan and Nonmetropolitan Counties 2010 (Approximate Date) | SAS AR00479-SAS AR00483 | SAS AR00479-SAS AR00483.pdf |
| 12/31/2010 | FBI Uniform Crime Reports, Table 11 Offenses Known to Law Enforcement, Federal Agencies by State, Tribal and Other Agencies, Nationwide 2010 (Approximate Date) | SAS AR00484-SAS AR00484 | SAS AR00484-SAS AR00484.pdf |
| 10/4/2010 | Thurmond Project Incident Report Summary FY10 | SAS AR00485-SAS AR00487 | SAS AR00485-SAS AR00487.pdf |
| 8/30/2010 | Columbia County Sherriff's Office Daily Patrol Logs for USACE Law Enforcement Contract at Project Lake (FY2010) (Approximate Date) | SAS AR00488-SAS AR00634 | SAS AR00488-SAS AR00634.pdf |
| 3/16/2010 | Presentation on Ranger Safety-Abiquiu Incident (Redacted) | SAS AR00635-SAS AR00653 | SAS AR00635-SAS AR00653.pdf |
| 2/19/2010 | "New Federal Law Pertaining to Firearms on NPS-FWS Lands Not Applicable at USACE Projects" - Ensch e-mail | SAS AR00654-SAS AR00655 | SAS AR00654-SAS AR00655.pdf |
| 2/1/2010 | Contracts for Supplemental Law Enforcement Patrols at Thurmond Project (FY2010) (Approximate Date) | SAS AR00656-SAS AR00691 | SAS AR00656-SAS AR00691.pdf |
| 12/31/2009 | FBI Uniform Crime Reports, Table 10 Offenses Known to Law Enforcement, Georgia by Metropolitan and Nonmetropolitan Counties 2009 (Approximate Date) | SAS AR00692-SAS AR00695 | SAS AR00692-SAS AR00695.pdf |
| 12/31/2009 | FBI Uniform Crime Reports, Table 11 Offenses Known to Law Enforcement, Federal Agencies by State, Tribal and Other Agencies, Nationwide 2009 (Approximate Date) | SAS AR00696-SAS AR00696 | SAS AR00696-SAS AR00696.pdf |
| 7/31/2009 | Columbia County Sherriff's Office Daily Patrol Logs for USACE Law Enforcement Contract at Thurmond Project (FY2009) (Approximate Date) | SAS AR00697-SAS AR00791 | SAS AR00697-SAS AR00791.pdf |
| 2/27/2009 | Contracts for Supplemental Law Enforcement Patrols at Thurmond Project (FY2009) (Approximate Date) | SAS AR00792-SAS AR00843 | SAS AR00792-SAS AR00843.pdf |
| 12/31/2008 | FBI Uniform Crime Reports, Table 10 Offenses Known to Law Enforcement, Georgia by Metropolitan and Nonmetropolitan Counties 2008 (Approximate Date) | SAS AR00844-SAS AR00846 | SAS AR00844-SAS AR00846.pdf |

| 12/31/2008 | FBI Uniform Crime Reports, Table 11 Offenses Known to Law Enforcement, Federal Agencies by State, Tribal and Other Agencies, Nationwide 2008 (Approximate Date) | SAS AR00847-SAS AR00847 | SAS AR00847-SAS AR00847.pdf |
|---|---|---|---|
| 12/31/2008 | Restricted Area Sign on Powerplant Fence (Approximate Date of Installation) | SAS AR00848-SAS AR00848 | SAS AR00848-SAS AR00848.pdf |
| 12/12/2008 | New Dept. of Interior Firearm Regulation Is Not Applicable at USACE Projects, Hannon e-mail | SAS AR00849-SAS AR00850 | SAS AR00849-SAS AR00850.pdf |
| 9/1/2008 | Columbia County Sheriff's Office Daily Patrol Logs for USACE Law Enforcement Contract at Thurmond Project (FY2008) (Approximate Date) | SAS AR00851-SAS AR00979 | SAS AR00851-SAS AR00979.pdf |
| 8/30/2008 | EP1130-2-550, Chapter 6 - Visitor Assistance Program | SAS AR00980-SAS AR00990 | SAS AR00980-SAS AR00990.pdf |
| 3/12/2008 | Contracts for Supplemental Law Enforcement Patrols at Thurmond Project (FY2008) (Approximate Date) | SAS AR00991-SAS AR01017 | SAS AR00991-SAS AR01017.pdf |
| 12/31/2007 | FBI Uniform Crime Reports, Table 10 Offenses Known to Law Enforcement, Georgia by Metropolitan and Nonmetropolitan Counties 2007 (Approximate Date) | SAS AR01018-SAS AR01021 | SAS AR01018-SAS AR01021.pdf |
| 12/31/2007 | FBI Uniform Crime Reports, Table 11 Offenses Known to Law Enforcement, Federal Agencies by State, Tribal and Other Agencies, Nationwide 2007 (Approximate Date) | SAS AR01022-SAS AR01022 | SAS AR01022-SAS AR01022.pdf |
| 1/1/2007 | Dept. Homeland Security, "Dams Sector Security Awareness Guide: A Guide for Owners and Operators" | SAS AR01023-SAS AR01042 | SAS AR01023-SAS AR01042.pdf |
| 12/31/2006 | FBI Uniform Crime Reports, Table 10 Offenses Known to Law Enforcement, Georgia by Metropolitan and Nonmetropolitan Counties 2006 (Approximate Date) | SAS AR01043-SAS AR01044 | SAS AR01043-SAS AR01044.pdf |
| 12/31/2006 | FBI Uniform Crime Reports, Table 11 Offenses Known to Law Enforcement, Federal Agencies by State, Tribal and Other Agencies, Nationwide 2006 (Approximate Date) | SAS AR01045-SAS AR01045 | SAS AR01045-SAS AR01045.pdf |
| 8/22/2006 | HQUSACE Counsel Response to Conceal Carry Request | SAS AR01046-SAS AR01046 | SAS AR01046-SAS AR01046.pdf |
| 12/31/2005 | FBI Uniform Crime Reports, Table 10 Offenses Known to Law Enforcement, Georgia by Metropolitan and Nonmetropolitan Counties 2005 (Approximate Date) | SAS AR01047-SAS AR01048 | SAS AR01047-SAS AR01048.pdf |
| 1/31/2001 | Shoreline Management Plan, J. Strom Thurmond Project, DP 1130-2-11 (Approximate Date) | SAS AR01049-SAS AR01094 | SAS AR01049-SAS AR01094.pdf |
| 5/1/2000 | Engineer Pamphlet 1165-2-316, 36 CFR Part 327 Brochure (Approximate Date) | SAS AR01095-SAS AR01097 | SAS AR01095-SAS AR01097.pdf |
| 2/11/2000 | 65 Fed Reg 6896 Final Rule (36 CFR Part 327 Update) | SAS AR01098-SAS AR01105 | SAS AR01098-SAS AR01105.pdf |
| 7/20/1999 | 64 Fed Reg 38854 Proposed Rule (36 CFR Part 327 Update) | SAS AR01106-SAS AR01113 | SAS AR01106-SAS AR01113.pdf |
| 11/15/1996 | Engineer Regulation 1130-2-550 Recreation Operations and Maintenance Policies up to change 7 Jan 30 2013 | SAS AR01114-SAS AR01199 | SAS AR01114-SAS AR01199.pdf |
| 11/15/1996 | Engineer Pamphlet 1130-2-550 Recreation Operations and Maintenance Policies up to change 5 Jan 30 2013 | SAS AR01200-SAS AR01360 | SAS AR01200-SAS AR01360.pdf |
| 5/10/1996 | HQUSACE Memorandum, "Recreation Policy Letter 96-01--Visitor/Ranger Safety" | SAS AR01361-SAS AR01371 | SAS AR01361-SAS AR01371.pdf |

| | | | |
|---|---|---|---|
| 6/1/1995 | J. Strom Thurmond Lake Master Plan (Approximate Date) | SAS AR01372-SAS AR01627 | SAS AR01372-SAS AR01627.pdf |
| 9/3/1985 | 50 Fed Reg 35555 Final Rule (36 CFR Part 327 Update) | SAS AR01628-SAS AR01634 | SAS AR01628-SAS AR01634.pdf |
| 8/1/1983 | Clarks Hill Lake (Thurmond Lake) - Navigation Charts (Approximate Date) | SAS AR01635-SAS AR01642 | SAS AR01635-SAS AR01642.pdf |
| 9/7/1979 | Savannah District Briefing to HQUSACE Regarding Clark Hill | SAS AR01643-SAS AR01674 | SAS AR01643-SAS AR01674.pdf |
| 3/8/1979 | 44 Fed Reg 12672 Final Rule (36 CFR Part 327 Update) | SAS AR01675-SAS AR01683 | SAS AR01675-SAS AR01683.pdf |
| 2/9/1978 | 43 Fed Reg 5545 Proposed Rule (36 CFR Part 327 Update) | SAS AR01684-SAS AR01692 | SAS AR01684-SAS AR01692.pdf |
| 3/23/1973 | 38 Fed Reg 7552, Final Rule (Rescinding 36 CFR Part 311, and Enacting 36 CFR 327) | SAS AR01693-SAS AR01695 | SAS AR01693-SAS AR01695.pdf |
| 8/28/1972 | 37 Fed Reg 19632 Proposed Rule (Proposing to Rescind 36 CFR Part 311, and Enact 36 CFR 327) | SAS AR01696-SAS AR01698 | SAS AR01696-SAS AR01698.pdf |
| 4/9/1971 | Proposed OCE Regulation to Implement Sec. 234 of the Flood Control Act of 1970 | SAS AR01699-SAS AR01707 | SAS AR01699-SAS AR01707.pdf |
| 3/6/1971 | 36 Fed Reg 4494 Final Rule  (36 CFR Part 311 Amendments) | SAS AR01708-SAS AR01712 | SAS AR01708-SAS AR01712.pdf |
| 2/22/1962 | 27 Fed Reg 1734 Joint Policies of Dept. of Interior and Dept. of Army Relative to Reservoir Project Lands | SAS AR01713-SAS AR01713 | SAS AR01713-SAS AR01713.pdf |
| 10/21/1959 | 24 Fed Reg 8496 (Republication of 36 CFR Part 311) | SAS AR01714-SAS AR01716 | SAS AR01714-SAS AR01716.pdf |
| 10/30/1951 | 16 Fed Reg 10993 (Amendments to 36 CFR Part 311, Added Clark Hill Reservoir Area in Areas Covered) | SAS AR01717-SAS AR01717 | SAS AR01717-SAS AR01717.pdf |
| 2/21/1950 | 15 Fed Reg 912 (36 CFR Part 311 Amendments) | SAS AR01718-SAS AR01718 | SAS AR01718-SAS AR01718.pdf |
| 6/18/1947 | 12 Fed Reg 3940 (36 CFR Part 311 Amendments) | SAS AR01719-SAS AR01719 | SAS AR01719-SAS AR01719.pdf |
| 10/8/1946 | 11 Fed Reg 11595 (Rescinding 36 CFR Part 301, and Enacting 36 CFR 311) | SAS AR01720-SAS AR01721 | SAS AR01720-SAS AR01721.pdf |
| 8/22/1946 | 11 Fed Reg 9278 (Enacting 36 CFR Part 301) | SAS AR01722-SAS AR01723 | SAS AR01722-SAS AR01723.pdf |
| 12/22/1944 | Flood Control Act of 1944 (Authorizing Clark Hill Project) | SAS AR01724-SAS AR01744 | SAS AR01724-SAS AR01744.pdf |
| 12/11/1944 | H.R. Rep. No. 78-2051 (Flood Control Act of 1944, Conf. Rep.) (Discussing Authorization of Clark Hill Project) | SAS AR01745-SAS AR01758 | SAS AR01745-SAS AR01758.pdf |
| 6/22/1944 | S. Rep. No. 78-1030 (Flood Control Act of 1944) (Discussing Authorization of Clark Hill Project) | SAS AR01759-SAS AR01789 | SAS AR01759-SAS AR01789.pdf |

| 6/9/1944 | H.R. Doc. No. 78-657 (Savannah River Report) | SAS AR01790-SAS AR01867 | SAS AR01790-SAS AR01867.pdf |
|---|---|---|---|
| 4/24/1939 | S. Doc. No. 76-66 (Report to Congress on Clark Hill Reservoir) | SAS AR01868-SAS AR01914 | SAS AR01868-SAS AR01914.pdf |
| 1/3/1935 | H.R. Doc. No. 74-64 (Report to Congress on the Savannah River) | SAS AR01915-SAS AR02080 | SAS AR01915-SAS AR02080.pdf |
| No Date Available | Thurmond Project Trail Maps | SAS AR02081-SAS AR02086 | SAS AR02081-SAS AR02086.pdf |
| No Date Available | Thurmond Project Map | SAS AR02087-SAS AR02087 | SAS AR02087-SAS AR02087.pdf |
| No Date Available | Thurmond Project Day Use Area Maps | SAS AR02088-SAS AR02094 | SAS AR02088-SAS AR02094.pdf |
| No Date Available | Thurmond Project Campground Area Maps | SAS AR02095-SAS AR02103 | SAS AR02095-SAS AR02103.pdf |