# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| GEORGIACARRY.ORG, INC., et al., | ) ) ) |
| Plaintiffs, | ) CIVIL ACTION FILE NO. ) |
| v. | ) 4:14-CV-139-HLM (consolidated ) with 4:15-CV-0009-HLM) |
| U.S. ARMY CORPS OF ENGINEERS et al., | ) ) ) |
| Defendants. | ) |

## DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), Defendants respectfully move for an extension of time until December 23, 2015 to file their opening merits brief.[1]  The extension is supported by Defendants' arguments, as set forth in the accompanying memorandum.  Accordingly, Defendants respectfully request that their deadline for responding to Plaintiffs' complaint be extended up to and including December 23, 2015.

---

[1] Undersigned counsel states that he contacted counsel for Plaintiffs, and that Plaintiffs stated that they did not oppose the present motion but requested that the motion include a commensurate extension of time for Plaintiffs to submit their opening merits brief.

1

| | |
|---|---|
| Dated:  December 7, 2015 | Respectfully submitted, |
| Of Counsel | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General |
| JOHN A. HORN<br>United States Attorney<br>LORI BERANEK<br>Assistant United States Attorney<br>600 Richard B. Russell Federal Building<br>75 Spring Street, S.W.<br>Atlanta, Georgia 30303<br>Lori.Beranek@usdoj.gov |   /s/ Daniel Riess  <br>JOHN R. TYLER<br>Assistant Branch Director<br>DANIEL RIESS<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Rm. 6122<br>20 Massachusetts Avenue, NW<br>Washington, D.C. 20530<br>Telephone: (202) 353-3098<br>Fax: (202) 616-8460<br>Email: Daniel.Riess@usdoj.gov<br>*Attorneys for Defendants* |

### CERTIFICATE OF SERVICE

I certify that, on December 7, 2015, I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the parties' attorneys of record.

This 7th day of December, 2015.

  /s/ Daniel Riess  
Daniel Riess