## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) ) | 4:14-CV-139-HLM (consolidated with 4:15-CV-0009-HLM) |
| U.S. ARMY CORPS OF ENGINEERS et al., | ) ) ) | |
| Defendants. | ) | |

### DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Defendants submit this memorandum in support of their motion for an extension of time until December 23, 2015 to file their opening merits brief. In support of this motion, Defendants state as follows:

1. Because the filing of Defendants' opening merits brief must be coordinated with various components of the United States Department of Justice, because of the size of the administrative record in this case, and because of the press of business and scheduling conflicts, Defendants require additional time to file their opening merits brief. Thus, Defendants respectfully request an enlargement of time until December 23, 2015.

1

2. Undersigned counsel states that he contacted counsel for Plaintiffs, and that Plaintiffs stated that they did not oppose the present motion but requested that the motion include a commensurate extension of time for Plaintiffs to submit their opening merits brief.

3. The extension will not unduly delay this action.

Accordingly, Defendants respectfully request that their deadline for filing their opening merits brief be extended up to and including December 23, 2015. A proposed order is attached for the Court's convenience.

Dated:  December 7, 2015                    Respectfully submitted,

Of Counsel                                  BENJAMIN C. MIZER
                                            Principal Deputy Assistant Attorney
JOHN A. HORN                                General
United States Attorney
LORI BERANEK                                  /s/ Daniel Riess
Assistant United States Attorney            JOHN R. TYLER
600 Richard B. Russell Federal Building     Assistant Branch Director
75 Spring Street, S.W.                      DANIEL RIESS
Atlanta, Georgia 30303                      Trial Attorney
Lori.Beranek@usdoj.gov                      U.S. Department of Justice
                                            Civil Division, Rm. 6122
                                            20 Massachusetts Avenue, NW
                                            Washington, D.C. 20530
                                            Telephone: (202) 353-3098
                                            Fax: (202) 616-8460
                                            Email: Daniel.Riess@usdoj.gov
                                            *Attorneys for Defendants*