IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| GEORGIACARRY.ORG, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) CIVIL ACTION FILE NO. |
| v. | ) ) 4:14-CV-139-HLM (consolidated ) with 4:15-CV-0009-HLM) |
| U.S. ARMY CORPS OF ENGINEERS et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Having read and considered the Defendants' Unopposed Motion for Extension of Time to file their opening merits brief, and for good cause shown, it is hereby ORDERED that the Defendants shall be granted an extension of time to file their opening merits brief, including any and all supporting documents related thereto, through and including December 23, 2015, and that Plaintiffs shall be granted an extension of time to file their opening merits brief, including any and all supporting documents related thereto, through and including March 9, 2015.

So ordered this 8th day of _____, 2015.

_____
Harold L. Murphy
United States District Judge