# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| GEORGIACARRY.ORG, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) CIVIL ACTION FILE NO. |
| v. | ) ) 4:14-CV-139-HLM (consolidated ) with 4:15-CV-0009-HLM) |
| U.S. ARMY CORPS OF ENGINEERS et al., | ) ) ) |
| Defendants. | ) |

## DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS

Pursuant to Local Civil Rule 7.1D, Defendants respectfully move for leave to exceed the page limits with respect to their brief in support of their motion for summary judgment ("Defendants' brief").[1]  Defendants' brief will not exceed 28 pages.  Additional pages are required in order to adequately address the constitutional issues raised in this case, and to include supporting citations to the three administrative records filed by Defendants.  Accordingly, Defendants

---

[1] Undersigned counsel states that he contacted counsel for Plaintiffs, and that Plaintiffs stated that they did not oppose the present motion but requested that the motion include a commensurate extension of the page limits with respect to Plaintiffs' opening merits briefs.

1

respectfully request that their motion for leave to exceed the page limits with respect to Defendants' brief be granted.

Dated:  December 21, 2015                    Respectfully submitted,

Of Counsel                                              BENJAMIN C. MIZER
                                                                Principal Deputy Assistant Attorney
JOHN A. HORN                                     General
United States Attorney
LORI BERANEK                                     /s/ Daniel Riess
Assistant United States Attorney         JOHN R. TYLER
600 Richard B. Russell Federal Building  Assistant Branch Director
75 Spring Street, S.W.                          DANIEL RIESS
Atlanta, Georgia 30303                         Trial Attorney
Lori.Beranek@usdoj.gov                       U.S. Department of Justice
                                                                Civil Division, Rm. 6122
                                                                20 Massachusetts Avenue, NW
                                                                Washington, D.C. 20530
                                                                Telephone: (202) 353-3098
                                                                Fax: (202) 616-8460
                                                                Email: Daniel.Riess@usdoj.gov
                                                                *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that, on December 21, 2015, I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the parties' attorneys of record.

This 21st day of December, 2015.

/s/ Daniel Riess<br>Daniel Riess