IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| GEORGIACARRY.ORG, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) CIVIL ACTION FILE NO. ) |
| v. | ) 4:14-CV-139-HLM (consolidated ) with 4:15-CV-0009-HLM) |
| U.S. ARMY CORPS OF ENGINEERS et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Having read and considered Defendants' unopposed motion for leave to exceed page limits, it is hereby ORDERED that Defendants' motion is GRANTED. On or before December 23, 2015, Defendants shall file a brief in support of their motion for summary judgment not exceeding 28 pages; additionally, on or before March 9, 2015, Plaintiffs shall file briefs in support of their cross-motion for summary judgment and their opposition to Defendants' motion for summary judgment, but neither brief shall exceed 28 pages.

So ordered this 21st day of Dec., 2015.

Harold L. Murphy
United States District Judge