# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| GEORGIACARRY.ORG, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) ) CIVIL ACTION FILE NO. |
| v. | ) 4:14-CV-139-HLM (consolidated ) with 4:15-CV-0009-HLM) |
| U.S. ARMY CORPS OF ENGINEERS et al., | ) ) ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants U.S. Army Corps of Engineers ("Army Corps"); John J. Chytka, in his official capacity; and Marvin L. Griffin, in his official capacity (collectively, "Defendants") hereby move this Court to enter summary judgment for Defendants. In accordance with Local Civil Rule 7.1, this motion is accompanied by a memorandum of law which cites supporting authority.

Dated: December 23, 2015

Of Counsel

JOHN A. HORN
United States Attorney

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney
General

1

| | |
|---|---|
| LORI BERANEK | /s/ Daniel Riess |
| Assistant United States Attorney | JOHN R. TYLER |
| 600 Richard B. Russell Federal Building | Assistant Branch Director |
| 75 Spring Street, S.W. | DANIEL RIESS |
| Atlanta, Georgia 30303 | Trial Attorney |
| Lori.Beranek@usdoj.gov | U.S. Department of Justice |
| | Civil Division, Rm. 6122 |
| | 20 Massachusetts Avenue, NW |
| | Washington, D.C. 20530 |
| | Telephone: (202) 353-3098 |
| | Fax: (202) 616-8460 |
| | Email: Daniel.Riess@usdoj.gov |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I certify that, on December 23, 2015, I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the parties' attorneys of record.

This 23rd day of December, 2015.

    /s/ Daniel Riess
Daniel Riess

## **CERTIFICATE OF COMPLIANCE**

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in Local Rule 5.1B for documents prepared by computer.

/s/ Daniel Riess
Daniel Riess
