## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC., | ) | |
| et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE NO. |
| | ) | |
| v. | ) | 4:14-CV-139-HLM (consolidated |
| | ) | with 4:15-CV-0009-HLM) |
| U.S. ARMY CORPS OF | ) | |
| ENGINEERS et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant to Local Civil Rule 56.1(B)(1), Defendants submit this statement of

material facts in support of their motion for summary judgment.

**General Information**

1.      The U.S. Army Corps of Engineers ("Army Corps") manages 422

projects (mostly lakes) in 42 states and is the steward of 12 million acres of land and

water used for recreation, with 54,879 miles of shoreline.  HQ AR[1] 991,

---

[1] Defendants have filed three administrative records in this case: (1) the record for
36 C.F.R. Part 327, Final Rule, "Public Use of Water Resources Development
Projects Administered by the Chief of Engineers" ("HQ AR"); (2) the record related
to Plaintiff David James' request to carry a firearm on Lake Allatoona property
("SAM AR"); and (3) the record related to Plaintiff Brian Barrs' request to carry a
firearm on J. Strom Thurmond Dam and Lake ("SAS AR").

1

1273, 4141.

     2.    Most Army Corps projects are located near population centers, as the projects are often designed with the explicit purpose of protecting population centers from flooding, providing hydroelectric power, improving navigation, and providing nearby developed as well as dispersed recreation and quality natural resources for that local populace.   SAM AR 121.

     3.    Roughly 80% of Army Corps recreation areas are located within 50 miles of an urban area.  HQ AR 3990; SAM AR 18.

     4.    Army Corps projects include some of the most densely used federal recreation areas.   SAS AR 20.

     5.    Army Corps-managed projects receive more than 370 million visits per year, making its projects the most visited of any single federal agency's sites.  HQ AR 1273; SAM AR 125, 133.

     6.    By all measures, the Army Corps hosts the most visits per acre of any federal resource management agency.   SAM AR 125.

     7.    By contrast with lands managed by the Army Corps, much of the land managed by the National Park Service and U.S Forest Service is remote and often minimally developed.   SAM AR 121.

     8.    The U.S. Department of Homeland Security's Office of Inspector

General has characterized "[d]ams and related structures," including those operated and managed by the Army Corps, as "critical infrastructure," given that "one catastrophic failure at some locations could affect populations exceeding 100,000 and have economic consequences surpassing $10 billion."  SAM AR 64.

9.     The Army Corps and the U.S. Department of Homeland Security regard some Army Corps infrastructure as critical to homeland security and the economy; these structures include multi-purpose dams and major navigation locks. SAM AR 20.

10.     According to the Congressional Research Service, many of these Army Corps-managed facilities require additional protection measures in times of heightened homeland security concerns.  SAM AR 20.

11.      Public safety on Army Corps-managed lands is of paramount importance to the Army Corps, and is the basis for policies, rules, and regulations regarding visitor behavior at Army Corps projects.  HQ AR 877.

12.     The primary focus of the Army Corps' recreation mission is to provide safe and healthy outdoor experiences at Army Corps projects.   SAS AR 461.

13.     Some sources of conflict among visitors to Army Corps-managed lands include alcohol consumption, overcrowded facilities, visitors' preference for different types of music played at different sound levels, and the relative loudness of

3

visitors' conversations.  *See* HQ AR 819-822, 914, 916.

14.     In a 2010 survey, Army Corps Park Rangers were asked to rank from a closed-ended list the three crimes or violations (1) that most frequently endangered visitors, (2) that most frequently endangered Rangers, (3) as to which they received the most visitor complaints and (4) that most frequently required them to call in law enforcement assistance.   SAM AR 85, 102.

15.     In the above-mentioned 2010 survey, Army Corps Park Rangers reported that persons under the influence of alcohol or drugs, fights and disorderly conduct, and vandalism were major challenges or threats in all four areas.   SAM AR 85, 102, 114-115.

16.     In the above-mentioned 2010 survey, Army Corps Park Rangers ranked theft in the top five responses as to three of the four areas, and ranked domestic violence in the top five responses as to two of the four areas.   SAM AR 85, 102, 114-115.

17.     In a 2010 survey, 79% of Army Corps Park Rangers reported that they had experienced verbal abuse during the prior 12 months, 25% reported that they had been verbally threatened; 18% reported that a visitor had blocked a Ranger's ability to move or leave the scene; 7% reported that they had been threatened with a visible weapon such as a gun, knife, hatchet, or motor vehicle; 4% reported physical

contact or battery; and 3% reported that they had received an injury resulting from physical contact or batter that required first aid or medical attention.   SAM AR 85, 104-105.

18.     In a 2010 survey of Army Corps Park Rangers, 74% of respondents reported being aware of a visitor to their project being physically or verbally abused or threatened in the prior 12 months, and that 58% of such incidents involved drugs or alcohol.   SAM AR 106.

19.     In a 1996 survey, 62% of Army Corps Park Rangers reported incidents of verbal abuse from one or more visitors to Army Corps-managed lands during the prior three years, and 46% reported that they had been physically threatened by one or more visitors during the prior three years.   HQ AR 818.

20.     In a 1996 survey, 53% of Army Corps Park Rangers reported that they had witnessed between one and ten incidents during the prior three years in which one or more visitors to Army Corps-managed lands had verbally or physically threatened another visitor or visitors.   HQ AR 821.

21.     In a 1995 survey, Army Corps Park Rangers reported that during the prior three years, on average each day, one Ranger was physically threatened by one or more visitors to Army Corps-managed lands, and nearly four Rangers were verbally abused or verbally assaulted by one or more visitors.   HQ AR 938-939.

22.     In a 1995 survey, Army Corps Park Rangers reported that during the prior three years, on average, an Army Corps Park Ranger was assaulted by one or more visitors to Army Corps-managed lands once every six days.  HQ AR 938-939.

23.     In a 1995 survey, the number of reported incidents of threats made by visitors to Army Corps-managed lands against Army Corps Park Rangers during the prior three years greatly exceeded the number of reported incidents of threats against U.S. National Park Service officers.  HQ AR 938-939.

24.     A 1994 study reported that Army Corps Park Rangers sometimes found themselves in potentially unsafe and dangerous situations, and that typically, such unsafe situations include those involving alcohol and drug use on project lands, the use of weapons by the visiting public, domestic violence, and patrols in remote areas with little or no back-up from other law enforcement agencies.   HQ AR 1354.

25.     Army Corps Park Rangers are neither equipped nor trained to function as law enforcement officers because Congress has not directly authorized Army Corps employees to carry firearms, to execute search warrants, or to enforce any federal laws except for issuing citations for violations of regulations governing Army Corps-managed lands.  HQ AR 607, 1273; SAM AR 20.

26.     In Georgia, private property owners or persons in legal control of private property through a lease, rental agreement, licensing agreement, contract, or

any other agreement to control access to such private property have the right to exclude or eject a person who is in possession of a weapon or long gun on their private property.   Ga. Code Ann. § 16-11-127(c).

27.     The Army Corps' law enforcement agreements with local law enforcement can be used to obtain increased law enforcement services to meet needs during a peak visitation period, which is defined as any period during the year when visitation is sufficiently high to cause significant increase in risk to visitor welfare as determined by applicable district and or project office.   SAS AR 125; *see, e.g*., SAS AR 141-142, 164-165, 174-175 (calling for increased law enforcement services for Lake Thurmond property during periods of high visitation).

28.     Restrictions on firearms use in Army Corps reservoir areas date to at least 1946.  SAM AR 1149.

**Lake Allatoona Property**

29.     Construction of Allatoona Lake was approved by the United States Congress in the Flood Control Acts of 1941 and 1946, for the purposes of flood control and power generation.   Construction of the dam at Allatoona Lake was completed in 1950.   Later legislation authorized fish and wildlife management, streamflow regulation, water supply, and recreation as project purposes.   SAM AR 317.

30.     The Lake Allatoona property serves seven authorized purposes: flood control, hydroelectric power generation, water supply, recreation, fish and wildlife management, water quality, and navigation.   SAM AR 199, 201, 677.

31.     The Lake Allatoona property lies mostly in southwestern Cherokee County, Georgia, but a significant part is located in southeastern Bartow County, and a small part in Cobb County.   *See* SAM AR 347, 390.

32.     The Lake Allatoona property is located approximately 30 miles from Atlanta, Georgia.   SAM AR 204.

33.     The Lake Allatoona property comprises approximately 25,747 land acres, 12,010 water acres, and 270 miles of shoreline.   SAM AR 13, 54, 185, 1310.

34.     The Lake Allatoona property is one of the most frequently visited Army Corps lakes in the United States.   SAM AR 184, 317.

35.     During Fiscal Year 2012, 6,175,062 people visited the Army Corps' Lake Allatoona property.   SAM AR 12.

36.     During Fiscal Year 2011, 6,004,769 people visited the Army Corps' Lake Allatoona property.   SAM AR 54.

37.     In 2006, the Lake Allatoona property reported more than 92 million visitor hours.   SAM AR 199.

38.     In 1998, the Lake Allatoona property reported 86,813,126 visitor

hours, which represented more visitor hours than any of the other 450 Army Corps

projects in the United States.   SAM AR 199.

39.   The major activities engaged in by people visiting the Army Corps'

Lake Allatoona property during Fiscal Year 2012 included: swimming (2,667,530);

boating (1,881,516); fishing (883,474); picnicking (764,509); sightseeing (161,307);

water skiing (137,937); camping (110,789); hunting (33,968); and other activities

(972,721).   SAM AR 280; *see also* SAM AR 187-198.

40.   The major activities engaged in by people visiting the Army Corps'

Lake Allatoona property in 2006 included: swimming (2,858,907); boating

(2,042,427); fishing (1,049,410); picnicking (783,380); sightseeing (164,890); water

skiing (125,660); camping (104,725); hunting (79,687); and other activities

(1,051,862).   SAM AR 280.

41.   During Fiscal Year 2011, the Lake Allatoona property was staffed by

15 Army Corps Park Rangers.   SAM AR 54.

42.   As of 1998, 45% of the shoreline in the Allatoona Lake property,

consisting of 122 miles of shoreline, was allocated to public recreation areas.   SAM

AR 319.

43.   Campgrounds on the Allatoona Lake property are subject to a number

of rules and restrictions.   *See* SAM AR 1372.

44.     The McKaskey Creek Campground, where Plaintiff David James alleges that he camps in a tent several weeks per year, is roughly 12 square miles in area, and is located in Bartow County, Georgia.   *See* SAM AR 1312.

45.     The operating season for McKaskey Creek Campground generally runs from the end of March to the beginning of September.   *See* SAM AR 188;

http://www.sam.usace.army.mil/Missions/CivilWorks/Recreation/AllatoonaLake/Camping/McKaskeyCreekCampground.aspx

46.     Fifty-one campsites are located on the McKaskey Creek Campground. SAM AR 188.

47.     The McKaskey Creek Campground is one of nine managed campgrounds within the Lake Allatoona property.   SAM AR 1310.

48.     Between March 22 and September 3, 2013, 8,220 people made reservations to use the campsites in the McKaskey Creek Campground, and stayed an average of 2.56 days.   SAM AR 1318.

49.     Between March 21 and September 2, 2014, 8,736 people made reservations to use the campsites in the McKaskey Creek Campground, and stayed an average of 2.75 days.   SAM AR 1319.

50.     Between March 20 and September 8, 2015, 5,224 people made reservations to use the campsites in the McKaskey Creek Campground, and stayed

an average of 2.61 days.   SAM AR 1320.

51.    Between January 1, 2013 and December 31, 2014, Army Corps Park Rangers in the Allatoona Lake property reported the issuance of two citations for violations of the Army Corps regulation restricting the use of firearms and explosives.   Neither of the two citations was issued in the McKaskey Creek Campground.   SAM AR 1350-1351.

52.    The Allatoona Dam is located roughly 12 miles south of the McKaskey Creek Campground, in Bartow County, Georgia.   *See* SAM AR 1312, 1313.

53.    The Allatoona Dam is 1250 feet long at the roadway level, and its elevation above the roadway is 880 feet.   *See* SAM AR 391, 673.

54.    Public access to the area near the Allatoona Dam is restricted due to security concerns.   SAM AR 1363.

55.    In 2012, the sheriff's office or county police department of Bartow County reported the following offenses that occurred in their jurisdiction to the FBI: 329 violent crimes; 13 incidents of forcible rape; 24 robberies; 292 aggravated assaults; 2,726 property crimes; 821 burglaries; 1,703 incidents of larceny-theft; and 202 motor vehicle thefts.   SAM AR 33.

56.    In 2011, the sheriff's office or county police department of Bartow County reported the following offenses that occurred in their jurisdiction to the FBI:

11

241 violent crimes; 2 murders or non-negligent manslaughters; 7 incidents of forcible rape; 37 robberies; 195 aggravated assaults; 2,841 property crimes; 805 burglaries; 1,845 incidents of larceny-theft; and 191 motor vehicle thefts.   SAM AR 55.

57.   In 2010, the sheriff's office or county police department of Bartow County reported the following offenses that occurred in their jurisdiction to the FBI: 224 violent crimes; 1 murder or non-negligent manslaughter; 23 incidents of forcible rape; 34 robberies; 166 aggravated assaults; 2,470 property crimes; 740 burglaries; 1,515 incidents of larceny-theft; and 215 motor vehicle thefts.   SAM AR 157.

58.   In 2009, the sheriff's office or county police department of Bartow County reported the following offenses that occurred in their jurisdiction to the FBI: 190 violent crimes; 4 murders or non-negligent manslaughters; 19 incidents of forcible rape; 29 robberies; 138 aggravated assaults; 2,430 property crimes; 691 burglaries; 1,520 incidents of larceny-theft; and 219 motor vehicle thefts.   SAM AR 223.

59.   Other than pedestrian access or general public recreation activities, any activity on the Lake Allatoona property not authorized by a permit or license is considered a trespass or degradation of public property, and constitutes a violation of the Army Corps' rules and regulations contained in Title 36, Code of Federal

Regulations, Part 327.   SAM AR 337.

60.     Restrictions on firearms use at the Allatoona Property date back to 1950.   SAM AR at 1118, 1123.

**Thurmond Lake Property**

61.     Construction of the Army Corps' Lake Thurmond project was approved by Congress in the Flood Control Act of 1944.   Construction of the Thurmond Dam was completed in 1954.   SAS AR 1377.

62.     The Lake Thurmond property is located primarily in Columbia, Lincoln, and McDuffie Counties, Georgia, and McCormick County, South Carolina; smaller portions of the property extend into Warren, Wilkes, and Elbert Counties, Georgia, and Abbeville County, South Carolina.   SAS AR 1073, 1379, 1382-1383.

63.     Authorized purposes for the Lake Thurmond property include flood control, downstream navigation, hydroelectric power production, recreation, water quality/supply, and fish and wildlife management.   SAS AR at 1053.

64.     Approximately 5 million people visited the Lake Thurmond property each year between 2008 and 2012.   SAS AR 46.

65.     As of 1995, the Lake Thurmond property has a water surface area of approximately 71,100 acres and a land base of 75,237 acres.   SAS AR 1383, 1387-1389.

13

66.     As of 2001, 15% of the shoreline in the Lake Thurmond property is allocated to public recreation areas.   SAS AR 1055.

67.     As of 1995, 18.3% of the total land area in the Lake Thurmond property is classified as recreational.   SAS AR 1380.

68.     Mistletoe State Park, which Plaintiff Brian Barrs alleges he visits frequently during the summer months, is a 1,920 acre park operated by the State of Georgia on the Army Corps' Lake Thurmond property.   SAS AR 1505.

69.     The Army Corps leases the 1,920 acres comprising Mistletoe State Park to the State of Georgia.   SAS AR 1383.

70.     Mistletoe State Park is located in Columbia County, Georgia.   *See* SAS AR 1505-1507, 1576-1577.

71.     As of 1995, Mistletoe State Park contained 20 rental cottages, 107 campsites with electricity, 35 primitive campsites, 272 picnic sites, 8 picnic shelters and 1 reserved group picnic shelters; in addition, the park contained boat launching ramps, a beach and bathhouse, playgrounds, nature trail, observation tower, telephone, and a small concession area.   SAS AR 1505; *see also* SAS AR 1506-1507 (maps of Mistletoe State Park).

72.     The Columbia County, Georgia sheriff's department conducts regular patrols of the Army Corps' Lake Thurmond property in Columbia County.   *See*

SAS AR at 50-123, 285-412, 488-634.

73.     The J. Strom Thurmond Dam (also known as the Clarks Hill Dam) is located in McCormick County, Georgia, roughly 10 miles west of Mistletoe State Park.  *See* SAS AR 1609.

74.     The Thurmond Dam has a maximum height of 200 feet in height, and is 5,680 feet in length.   SAS AR at 1385.

75.     The area surrounding the Thurmond Dam is a restricted area enclosed by a fenced area, to which public access is generally restricted.   *See* SAS AR at 848.

76.     In 2013, the sheriff's office or county police department of Columbia County reported the following offenses that occurred in their jurisdiction to the FBI: 58 violent crimes; 1 murder or non-negligent manslaughter; 11 incidents of rape; 17 robberies; 29 aggravated assaults; 2,054 property crimes; 287 burglaries; 1,695 incidents of larceny-theft; 72 motor vehicle thefts; and 6 arson incidents.   SAS AR 13.

77.     In 2012, the sheriff's office or county police department of Columbia County reported the following offenses that occurred in their jurisdiction to the FBI: 68 violent crimes; 1 murder or non-negligent manslaughter; 10 incidents of forcible rape; 20 robberies; 37 aggravated assaults; 2, 297 property crimes; 396 burglaries; 1,804 incidents of larceny-theft; 97 motor vehicle thefts; and 11 arson incidents.

15

SAS AR 40.

78.    In 2011, the sheriff's office or county police department of Columbia County reported the following offenses that occurred in their jurisdiction to the FBI: 94 violent crimes; 4 murders or non-negligent manslaughters; 19 incidents of forcible rape; 20 robberies; 51 aggravated assaults; 2,438 property crimes; 452 burglaries; 1,900 incidents of larceny-theft; 86 motor vehicle thefts; and 10 arson incidents.   SAS AR 210.

79.    In 2010, the sheriff's office or county police department of Columbia County reported the following offenses that occurred in their jurisdiction to the FBI: 72 violent crimes; 1 murder or non-negligent manslaughter; 10 incidents of forcible rape; 15 robberies; 46 aggravated assaults; 2,323 property crimes; 376 burglaries; 1,860 incidents of larceny-theft; 87 motor vehicle thefts; and 9 arson incidents. SAS AR 479.

80.    In 2009, the sheriff's office or county police department of Columbia County reported the following offenses that occurred in their jurisdiction to the FBI: 119 violent crimes; 4 murders or non-negligent manslaughters; 14 incidents of forcible rape; 42 robberies; 59 aggravated assaults; 2,269 property crimes; 353 burglaries; 1,795 incidents of larceny-theft; 121 motor vehicle thefts; and 6 arson incidents.   SAS AR 692.

81.     Between 2000 and 2014, the Army Corps issued zero citations and 4 warnings in its Thurmond Lake project for violations of its weapons and explosives regulation.   SAS AR 7.

82.     Between 2000 and 2014, the Army Corps issued 31 citations and 224 warnings in its Thurmond Lake project for violations of its project restrictions. SAS AR 8.

83.     Between 2000 and 2014, the Army Corps issued zero citations and zero warnings in its Thurmond Lake project for interference with Army Corps Park Rangers.   SAS AR 9.

84.     Restrictions on firearms use at the Thurmond Lake project date back to 1951.   SAS AR 1717.

Dated:   December 23, 2015                    Respectfully submitted,

Of Counsel                                    BENJAMIN C. MIZER
                                              Principal Deputy Assistant Attorney
JOHN A. HORN                                  General
United States Attorney
LORI BERANEK                                      /s/ Daniel Riess
Assistant United States Attorney              JOHN R. TYLER
600 Richard B. Russell Federal Building       Assistant Branch Director
75 Spring Street, S.W.                        DANIEL RIESS
Atlanta, Georgia 30303                        Trial Attorney
Lori.Beranek@usdoj.gov                        U.S. Department of Justice
                                              Civil Division, Rm. 6122
                                              20 Massachusetts Avenue, NW
                                              Washington, D.C. 20530
                                              Telephone: (202) 353-3098

Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*