# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| GEORGIACARRY.ORG, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) CIVIL ACTION FILE NO. |
| v. | ) ) 4:14-CV-139-HLM (consolidated ) with 4:15-CV-0009-HLM) |
| U.S. ARMY CORPS OF ENGINEERS et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Having read and considered the Defendants' Motion for Summary Judgment, the opposition and reply briefs thereto, and the record in this case, it is hereby ORDERED that the Defendants' motion is GRANTED, and that judgment shall be ENTERED for the Defendants.

So ordered this ____ day of _____, 201__.

_____
Harold L. Murphy
United States District Judge