# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| GeorgiaCarry.Org, Inc., et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:14-cv-139-HLM (consol. 15-cv-9) |
| The U.S. Army Corps of Engineers, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Everytown for Gun Safety (Amicus Curiae).

Date: 12/30/2015

/s/ Mary Helen Wimberly
*Attorney's signature*

Mary Helen Wimberly (Bar No. 945127)
*Printed name and bar number*

Hogan Lovells US LLP
555 Thirteenth Street NW
Washington, DC 20004
*Address*

maryhelen.wimberly@hoganlovells.com
*E-mail address*

(202) 637-5600
*Telephone number*

(202) 637-5910
*FAX number*

## CERTIFICATE OF SERVICE

I certify that on December 30, 2015, I caused the foregoing to be filed through the CM/ECF system, which will send an electronic notice of filing to all registered users. I further certify that all parties are represented by counsel registered with the CM/ECF system.

                                               /s/ Mary Helen Wimberly
Mary Helen Wimberly
(GA Bar No. 945127)
Hogan Lovells US LLP
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile:  (202) 637-5910
maryhelen.wimberly@hoganlovells.com