IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| GEORGIACARRY.ORG, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, et al., <br><br> Defendants. | CIVIL ACTION FILE NO. <br><br> 4:14-CV-139-HLM (consolidated with 4:15-CV-009-HLM) |

## [PROPOSED] ORDER

Having read and considered the motion of Everytown for Gun Safety ("Everytown") for leave to file a brief and appendix as *amicus curiae* in support of Defendant's motion for summary judgment, and for leave to exceed page limits:

It is hereby **ORDERED** that Everytown's motion is **GRANTED**.

It is further **ORDERED** that within seven days from the date of this ORDER, Everytown shall file its brief and appendix with the Court.

1

So ORDERED this __ day of _____, 201_.

_____
Hon. Harold L. Murphy
United States District Judge