# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

GEORGIACARRY.ORG, INC., et.al. )
                              )

      Plaintiffs,           )               CIVIL ACTION FILE NO.

                              )

v.                            )               4:14-CV-139-HLM

                              )

                              )

THE U.S. ARMY CORPS OF     )

ENGINEERS, et.al.,         )

                              )

      Defendants.          )

## PLAINTIFF'S MOTION FOR RECONSIDERATION

Plaintiffs move for reconsideration of the Court's Order [Doc. 48] entered today and granting the Motion of Everytown for Gun Safety for leave to file a brief *amicus curiae* [Doc. 47].  As grounds for this Motion, Plaintiffs rely on the record and the accompanying Memorandum.

JOHN R. MONROE,

/s/ John R. Monroe_____
John R. Monroe
John Monroe Law, P.C.

−1−

9640 Coleman Road
Roswell, GA 30075
Telephone: (678) 362-7650
Facsimile: (770) 552-9318
jrm@johnmonroelaw.com
Georgia Bar No. 516193

ATTORNEY FOR PLAINTIFFS

## <u>CERTIFICATE OF SERVICE</u>

     I certify that on December 31, 2015, I filed the foregoing via ECF, which automatically will send a copy via email to parties of record.


                      /s/ John R. Monroe
                     John R. Monroe