## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC. et.al., | ) | |
| | ) | |
| Plaintiffs | ) | CIVIL ACTION FILE NO. |
| | ) | |
| v. | ) | 4:14-CV-139-HLM |
| | ) | |
| | ) | |
| THE U.S. ARMY CORPS OF | ) | |
| ENGINEERS, et.al., | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A SEPARATE RESPONSE TO BRIEF OF *AMICUS CURIAE*

Plaintiffs move for leave to file a separate response to the Brief filed by *Amicus Curiae* Everytown for Gun Safety. Plaintiffs further move for an extension of time to file such response until April 8, 2016. Lastly, Plaintiffs move for leave to file excess pages in such response, of up to 32 pages. Plaintiffs have conferred with defense counsel, who has indicated that Defendants do not oppose any of the provisions of this Motion. The grounds for this Motion are described in the contemporaneously filed Memorandum.

JOHN R. MONROE,

\_\_\_/s/ John R. Monroe_____
John R. Monroe
John Monroe Law, P.C.
9640 Coleman Road
Roswell, GA 30075
Telephone: (678) 362-7650
Facsimile: (770) 552-9318
jrm@johnmonroelaw.com
Georgia Bar No. 516193
ATTORNEY FOR PLAINTIFFS

–2–

## CERTIFICATE OF SERVICE

I certify that on February 1, 2016, I served a copy of the foregoing via ECF upon:

Daniel Riess
Daniel.riess@usdoj.gov

                                                /s/ John R. Monroe
                                                John R. Monroe