### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | |
|---|---|
| GEORGIACARRY.ORG, INC.   et.al., ) | |
| ) | |
| Plaintiffs ) | CIVIL ACTION FILE NO. |
| ) | |
| v. ) | 4:14-CV-139-HLM |
| ) | |
| ) | |
| THE U.S. ARMY CORPS OF ) | |
| ENGINEERS, et.al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A SEPARATE RESPONSE TO BRIEF OF *AMICUS CURIAE***

On December 31, 2015, the Court granted leave to Everytown for Gun Safety ("Everytown") to file a brief as *amicus curiae* in support of Defendants. Doc. 48. On January 4, 2016, the Court further ordered that Plaintiffs may, if they choose, file a response to Everytown's brief. Doc. 50, p. 5. Plaintiffs now move to clarify that they may file a separate response to Everytown's brief. They further move for an extension of time to file such response to April 8, 2016, and for leave to file excess pages in such response, up to and including 32 pages. Plaintiffs have

consulted with defense counsel who has indicated that Defendants do not oppose such motion.

**Argument**

1. Separate Response

Plaintiffs are not certain whether the Court intended in its Order denying Reconsideration [Doc. 50] to be granting Plaintiffs permission to file a separate response to Everytown's brief. Neither the local rules nor the Federal Rules of Civil Procedure directly address this point. Because Everytown's brief largely argues an issue not significantly touched on by Defendants, Plaintiff desires to file a separate brief in response to Everytown.

2. Extension of Time

Plaintiffs' request is labeled as one for an extension of time, but it is not clear that there is a deadline for response to an *amicus* brief. Plaintiffs merely wish to establish when such response will be due.

Defendants have filed an administrative record consisting of several thousand pages. The deadline for Plaintiffs to respond to Defendants Motion for Summary Judgment was set at March 9, 2016 partly because Defendants had informed Plaintiffs in advance of the extremely large volume of documents

Defendants would be filing, and Plaintiffs needed to ensure sufficient time to review this record.  At the time, however, Plaintiffs did not anticipate also having to respond to *amicus* briefs on separate issues.  Plaintiffs therefore request until April 8, 2016 to respond separately to Everytown's brief.

3.  Leave to File Excess Pages

The Court granted leave to Everytown to file a brief of up to 32 pages in length.  Plaintiffs seek leave to file the same number of pages.

JOHN R. MONROE,

\_\_\_/s/ John R. Monroe_____
John R. Monroe
John Monroe Law, P.C.
9640 Coleman Road
Roswell, GA 30075
Telephone: (678) 362-7650
Facsimile: (770) 552-9318
jrm@johnmonroelaw.com
Georgia Bar No. 516193
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on February 1, 2016, I served a copy of the foregoing via ECF upon:

Daniel Riess
Daniel.riess@usdoj.gov

                                                /s/ John R. Monroe
                                                John R. Monroe

## RULE 7.1D CERTIFICATION

I certify that this brief was prepared in accordance with the page, font, size, margin and other requirements of Rules 7.1D and 5.1C.

　　　/s/ John R. Monroe　　　
John R. Monroe