# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC.      et.al., ) | | |
| | ) | |
|     Plaintiffs | ) | CIVIL ACTION FILE NO. |
| | ) | |
| v. | ) | 4:14-CV-139-HLM |
| | ) | |
| | ) | |
| THE U.S. ARMY CORPS OF | ) | |
| ENGINEERS, et.al., | ) | |
| | ) | |
|     Defendants. | ) | |

## ORDER ON  PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A SEPARATE RESPONSE TO BRIEF OF *AMICUS CURIAE*

Before the Court is Plaintiffs' unopposed motion for leave to file a separate response to the *amicus curiae* brief of Everytown for Gun Safety ("Everytown"). The Court finds the motion to be well taken and it is therefore GRANTED.

Plaintiffs may file a separate response to the Everytown brief, no later than April 8, 2016.  Plaintiffs' response may consists of no more than 32 pages.

Dated the ___ day of February, 2016

_____
Harold L. Murphy
United States District Judge