IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC. | et.al., ) | |
| | ) | |
| Plaintiffs | ) | CIVIL ACTION FILE NO. |
| | ) | |
| v. | ) | 4:14-CV-139-HLM |
| | ) | |
| THE U.S. ARMY CORPS OF ENGINEERS, et.al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A SEPARATE RESPONSE TO BRIEF OF *AMICUS CURIAE***

Before the Court is Plaintiffs' unopposed motion for leave to file a separate response to the *amicus curiae* brief of Everytown for Gun Safety ("Everytown"). The Court finds the motion to be well taken and it is therefore GRANTED. Plaintiffs may file a separate response to the Everytown brief, no later than April 8, 2016. Plaintiffs' response may consists of no more than 32 pages.

Dated the 1st day of February, 2016

*[signature]*
Harold L. Murphy
United States District Judge

-1-