# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| GEORGIACARRY.ORG, INC.  et.al., ) | |
| ) | |
| Plaintiffs ) | CIVIL ACTION FILE NO. |
| ) | |
| v. ) | 4:14-CV-139-HLM |
| ) | |
| ) | |
| THE U.S. ARMY CORPS OF ) | |
| ENGINEERS, et.al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' MOTION TO STRIKE ADMINISTRATIVE RECORD

Plaintiffs move to strike the bulk of the Administrative Record ("AR") field by the Corps in this case. As grounds for this Motion Plaintiffs rely on the record and contemporaneously filed documents.

JOHN R. MONROE,

\_\_\_/s/ John R. Monroe_____
John R. Monroe
John Monroe Law, P.C.
9640 Coleman Road
Roswell, GA 30075
Telephone: (678) 362-7650
Facsimile: (770) 552-9318
jrm@johnmonroelaw.com

–1–

Georgia Bar No. 516193
ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I certify that on March 9, 2016, I served a copy of the foregoing via ECF upon:

Daniel Riess
Daniel.riess@usdoj.gov

                                                  /s/ John R. Monroe
                                                  John R. Monroe