## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

GEORGIACARRY.ORG, INC., et.al.,          )
                                         )
    Plaintiffs                       )     CIVIL ACTION FILE NO.
                                         )
v.                                       )     4:14-CV-139-HLM
                                         )
                                         )
THE U.S. ARMY CORPS OF                   )
ENGINEERS, et.al.,                       )
                                         )
    Defendants.                      )

## DECLARATION OF DAVID JAMES

David James on oath states as follows:

1.  I am at least 18 years of age and otherwise competent to make this declaration.

2.  I am a Plaintiff in this action.

3.  After I submitted a request for permission to carry a loaded firearm on Corps of Engineers property, I was not given notice of any documents being considered by the Corps for my request, nor was I given a meaningful opportunity to respond to such documents.

I swear or affirm under penalty of perjury that the foregoing statements are true and correct.

Dated the 4th day of March, 2016

                            _____
                            David James

–1–