Plaintiffs

v.

THE U.S. ARMY CORPS OF
ENGINEERS, et.al.,

Defendants.

)   CIVIL   ACTION
FILE NO.

)   4:14-CV-139-
HLM

## DECLARATION OF DAVID JAMES

Brian Barrs on oath states as follows:

- I am at least 18 years of age and otherwise competent to make this
  declaration.

- I am a Plaintiff in this action.

- After I submitted a request for permission to carry a loaded firearm on
  Corps of Engineers property, I was not given notice of any documents
  being considered by the Corps for my request, nor was I given a
  meaningful opportunity to respond to such documents.

I swear or affirm under penalty of perjury that the foregoing statements
are true and correct.

Dated the _7_ day of March, 2016

Brian Barrs