IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

GEORGIACARRY.ORG, INC.,
and DAVID JAMES,

    Plaintiffs,

v.

U.S. ARMY CORPS OF
ENGINEERS and JON
J. CHYTKA, in his official
capacity as Commander,
Mobile District, U.S. Army
Corps of Engineers,

    Defendants.

CIVIL ACTION FILE NO.:
4:14-CV-0139-HLM

---

BRIAN BARRS,

    Plaintiff,

v.

THE U.S. ARMY CORPS OF
ENGINEERS,

CIVIL ACTION FILE NO.
4:15-CV-0009-HLM
(CONSOLIDATED WITH
4: 14-CV-0139-HLM)

JON J. CHYTKA, in his official
capacity as Commander, Mobile
District of the U.S. Army Corps of
Engineers, and
THOMAS J. TICKNER, in his
official capacity as Commander,
Savannah District of the U.S. Army
Corps of Engineers,

    Defendants.

## ORDER

This case is before the Court on the Court's own Motion.

Defendants have electronically filed lengthy administrative records in this action. (Docket Entry Nos. 37-39.)[1] To assist the Court in evaluating the pending Motion for Summary Judgment, the Court **DIRECTS** counsel for Defendants to, **WITHIN FOURTEEN (14) DAYS AFTER THE DATE OF THIS ORDER**, provide the Court with a printed courtesy copy of those administrative records.

---

[1]The Court recognizes that Plaintiffs have filed a Motion to Strike most of those administrative records. (Docket Entry No. 54.) The Court will address Plaintiffs' Motion to Strike in due course.

2

IT IS SO ORDERED, this the __11th__ day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE

3