**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC., <u>et</u> <u>al</u>., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) | 4:14-CV-139-HLM (consolidated with 4:15-CV-0009-HLM) |
| U.S. ARMY CORPS OF ENGINEERS <u>et</u> <u>al</u>., | ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE REGARDING
<u>FILING OF ADMINISTRATIVE RECORDS</u>**

On November 16, 2015, Defendants filed the certified administrative records in this case (Docket Entry Nos. 38-40). Earlier this week, Defendants learned that the final 19 pages of the administrative record relating to Plaintiff Brian Barrs' request to carry a firearm on J. Strom Thurmond Dam and Lake were inadvertently omitted from the record filed as Docket Entry No. 40. Because Defendants did not rely on these omitted pages to support their motion for summary judgment, previously filed (Docket Entry No. 45), Defendants respectfully submit that the records should be considered by the Court without the inclusion of these omitted

1

pages.  However, should either the Court or Plaintiffs request a copy of the omitted

pages, Defendants will produce them forthwith.

Dated:  March 24, 2016                          Respectfully submitted,

Of Counsel                                      BENJAMIN C. MIZER
                                                Principal Deputy Assistant Attorney
JOHN A. HORN                                    General
United States Attorney

   /s/ Daniel Riess

LORI BERANEK                                    JOHN R. TYLER
Assistant United States Attorney                Assistant Branch Director
600 Richard B. Russell Federal Building         DANIEL RIESS
75 Spring Street, S.W.                          Trial Attorney
Atlanta, Georgia 30303                          U.S. Department of Justice
Lori.Beranek@usdoj.gov                          Civil Division, Rm. 6122
                                                20 Massachusetts Avenue, NW
                                                Washington, D.C. 20530
                                                Telephone: (202) 353-3098
                                                Fax: (202) 616-8460
                                                Email: Daniel.Riess@usdoj.gov
                                                *Attorneys for Defendants*


## CERTIFICATE OF COMPLIANCE

I certify that the foregoing document has been prepared with one of the font

and point selections approved by the Court in Local Rule 5.1B for documents

prepared by computer.

   /s/ Daniel Riess
Daniel Riess

## **CERTIFICATE OF SERVICE**

I certify that, on March 24, 2016, I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the parties' attorneys of record.

This 24th day of March, 2016.

   /s/ Daniel Riess
Daniel Riess