IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

GEORGIACARRY.ORG, INC.,
and DAVID JAMES,

    Plaintiffs,

v.

U.S. ARMY CORPS OF
ENGINEERS and JON
J. CHYTKA, in his official
capacity as Commander,
Mobile District, U.S. Army
Corps of Engineers,

    Defendants.

CIVIL ACTION FILE NO.:
4:14-CV-0139-HLM

---

BRIAN BARRS,

    Plaintiff,

v.

THE U.S. ARMY CORPS OF
ENGINEERS,

CIVIL ACTION FILE NO.
4:15-CV-0009-HLM
(CONSOLIDATED WITH
4: 14-CV-0139-HLM)

AO 72A
(Rev.8/8
2)

JON J. CHYTKA, in his official
capacity as Commander, Mobile
District of the U.S. Army Corps of
Engineers, and
THOMAS J. TICKNER, in his
official capacity as Commander,
Savannah District of the U.S. Army
Corps of Engineers,

    Defendants.

## ORDER

This case is before the Court on Defendants' Notice Regarding Filing of Administrative Records [57] and on the Court's own Motion.

On March 24, 2016, counsel for Defendants filed a Notice Regarding Filing of Administrative Records, indicating that "the final 19 pages of the administrative record relating to Plaintiff Brian Barrs' request to carry a firearm on J. Strom Thurmond Dam and Lake were inadvertently admitted from the record." (Notice (Docket Entry No. 57) at 1.) In the interest of ensuring that the record in this

2

case is complete for purposes of the proceedings before this Court and for any appeal, the Court finds that it is appropriate to require Defendants to file those missing pages.

ACCORDINGLY, the Court **DIRECTS** counsel for Defendants to electronically file the omitted pages from the administrative record discussed in Defendants' Notice Regarding Filing of Administrative Records **WITHIN FOURTEEN (14) DAYS AFTER THE DATE OF THIS ORDER**.

IT IS SO ORDERED, this the 28th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE