# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| GEORGIACARRY.ORG, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) CIVIL ACTION FILE NO. |
| v. | ) ) 4:14-CV-139-HLM (consolidated ) with 4:15-CV-0009-HLM) |
| U.S. ARMY CORPS OF ENGINEERS et al., | ) ) ) |
| Defendants. | ) |

## DEFENDANTS' NOTICE REGARDING FILING OF ADMINISTRATIVE RECORD PAGES SAS AR 2085 - 2103

On March 24, 2016, Defendants informed the Court that the final 19 pages of the administrative record relating to Plaintiff Brian Barrs' request to carry a firearm on J. Strom Thurmond Dam and Lake were inadvertently omitted from the record filed as Docket Entry No. 40. In accordance with the Court's order of March 28, 2016, directing counsel for Defendants to file these omitted pages (Docket Entry No. 58), Defendants herewith file pages SAS AR 2085 - 2103.

Dated:  March 28, 2016                Respectfully submitted,

Of Counsel                            BENJAMIN C. MIZER
                                      Principal Deputy Assistant Attorney
JOHN A. HORN                          General
United States Attorney

1

LORI BERANEK  
Assistant United States Attorney  
600 Richard B. Russell Federal Building  
75 Spring Street, S.W.  
Atlanta, Georgia 30303  
Lori.Beranek@usdoj.gov

/s/ Daniel Riess  
JOHN R. TYLER  
Assistant Branch Director  
DANIEL RIESS  
Trial Attorney  
U.S. Department of Justice  
Civil Division, Rm. 6122  
20 Massachusetts Avenue, NW  
Washington, D.C. 20530  
Telephone: (202) 353-3098  
Fax: (202) 616-8460  
Email: Daniel.Riess@usdoj.gov  
*Attorneys for Defendants*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1B for documents prepared by computer.

  /s/ Daniel Riess  
Daniel Riess

## CERTIFICATE OF SERVICE

I certify that, on March 28, 2016, I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the parties' attorneys of record.

This 28th day of March, 2016.

      /s/ Daniel Riess
      Daniel Riess