# J. Strom Thurmond Lake



Parking Lot

Campsites (2) & Shelter

Campsites (4)

Copyright:© 2013 National Geographic Society, i-cubed

## Legend

◆ Mile Marker

● Campsites

—— Blue Trail (0.69 mi.)

- - - Yellow Trail (12 mi.)

—— Red Trail (6 mi.)

– – – Unpaved Road

···· Forest Road

▨ Food Plots

## Bussey Point
## Recreation Area

## 2478 Acres

U.S. Army Corps
of Engineers®

| 0 | 0.275 | 0.55 | 1.1 Miles |

McCormick

Lincoln

Edgefield

Columbia

McDuffie

SAS AR02085



**Legend**

**Hunter Access/Parking Areas**

⚑     Hunter Access/Parking Areas

Property Line (Line)

Hunting Area Boundaries

Food Plots

**Roads**

PRIMARY

SECONDARY

UNPAVED

FOREST ROAD

US Army Corps of Engineers

**Shriver Crek Trails
1,330 Acres**

J Strom Thurmond Lake

1: 44084

27,500    13,750    0    27,500 Inches

Date Created:     27 October 2013

SAS AR02086









SAS AR02087



# Amity Park

**Thurmond Lake**

**Please Obey Park Rules**
No alcohol
No pets
Park in designated spaces

**US Army Corps of Engineers**
Savannah District

Ballfield
Marina View
Water Oak Circle
Blue Gill Way
Swimming Beaches
Bass Alley
Catfish Cove
Parking
Fishing Pier
Red Oak Circle
Boat Ramp
Park Attendant

| Legend | Beaches | Group Picnic Shelter | Restrooms | Volleyball Court | Playground | Boat Ramp | Fishing Dock | Fish Cleaning Station | Ballfield |
|---|---|---|---|---|---|---|---|---|---|
| Catfish Cove | ● | ● | ● | | ● | | | | |
| Bass Alley | ● | ● | ● | ● | | | | | |
| Blue Gill Way | ● | ● | ● | | ● | | | | |
| Marina View | ● | | ● | | | | | | |
| Water Oak Circle | ● | | ● | | ● | | | ● | |
| Red Oak Circle | | | | | | ● | ● | ● | |

SAS AR02088



**US Army Corps
of Engineers**
Savannah District

N

*Big Hart Campground*

*SITES 1-24, 30 AMP HOOKUPS*
*SITES 25-31 NO HOOKUPS*



Day Use Area

ENTRANCE
STATION

Group
Camping

*J. Strom Thurmond Lake*

Reserve *Your* Place Under the Stars
National Recreation Reservation Service

Call 1-877-444-6777

SAS AR02089



**US Army Corps
of Engineers**
Savannah District

# Cherokee

**Please Obey Park Rules**
No alcohol
No pets
Park in designated spaces



To
Lincolnton, GA

Park
Attendant

Courtesy Dock

Fish Cleaning
Station

Boat Ramp

Swimming
Beach

Hwy. 47

*Thurmond
Lake*

*To Pollard's Corner*

SAS AR02090



**US Army Corps
of Engineers**
Savannah District

# *Thurmond Lake*



Boat
Ramp

Courtesy
Dock

Fishing
Dock

Trail

# Clarks Hill

**Please Obey Park Rules**
No alcohol
Pets on a leash
Park in designated spaces

Fish Cleaning
Station

*Mini Shelters 1-7*

7

6

4

5

3

1

2

*Swimming
Beach*

*To Pollard's Corner*   **Hwy. 221**   *To Hwy.28*

SAS AR02091



Observation Tower

Mallard Point

*Thurmond Lake*

*Parking* →

Pine Point

Trail

Centre Point

Park Attendant

*Swimming Beaches*

River Birch

To US Hwy 221

Squirrel Nest

**Please Obey Park Rules**
No alcohol
No pets
Park in designated spaces

Fish Cleaning Station

Deer Run

Courtesy Dock

Boat Ramp

Fishing Dock

Bream Cove

# Lake Springs

## Legend

| | Beaches | Group Picnic Shelter | Observation Tower | Group Picnic Area | Boat Ramp | Restrooms | Fishing Dock | Volleyball Court | Playground | Hiking Trail |
|---|---|---|---|---|---|---|---|---|---|---|
| Mallard Point | ● | ● | ● | ● | | ● | | ● | ● | ● |
| Pine Point | ● | ● | | | | ● | | ● | ● | ● |
| Centre Point | ● | | | | | ● | | ● | ● | ● |
| River Birch | ● | | | | | | | | | ● |
| Squirrel Nest | | ● | | | | ● | | | | ● |
| Deer Run | ● | | | | | ● | | | ● | ● |
| Bream Cove | | | | | ● | ● | ● | | | ● |

SAS AR02092



**US Army Corps
of Engineers**
Savannah District



Thurmond
Lake

# Parksville

Park
Attendant

**Please Obey Park Rules**
No alcohol
No pets
Park in designated spaces

*Swimming
Beach*

Boat
Ramp

Courtesy
Dock

Ballfield

#1

#2

*Swimming
Beach*

SAS AR02093



**US Army Corps
of Engineers**
Savannah District

# *Thurmond Lake*



**Park
Attendant**

# West Dam

**Please Obey Park Rules**
No alcohol
No pets
Park in designated spaces

*Mini Shelters*

8
7
6
5
4
1 2 3

SAS AR02094



**US Army Corps
of Engineers**
Savannah District

N

# *Big Hart Campground*

*SITES 1-24, 30 AMP HOOKUPS*
*SITES 25-31 NO HOOKUPS*



Day Use Area

ENTRANCE
STATION

Group
Camping

**J. Strom Thurmond Lake**

**Reserve
*Your* Place
Under the
Stars**

National
Recreation
Reservation
Service

1-877-444-6777
Recreation.gov

SAS AR02095





**US Army Corps of Engineers**
Savannah District

*Broad River Campground*
*J. Strom Thurmond Lake*

*30 AMP HOOKUPS SITES 1-31*

N

ENTRANCE STATION



**Reserve** *your* **Place Under the Stars**

National Recreation Reservation Service

Call 1-877-444-6777

SAS AR02096



**US Army Corps
of Engineers**
Savannah District



**Reserve** *Your* **Place Under the Stars**
National Recreation Reservation Service

**Call 1-877-444-6777**

# *Hawe Creek Campground*

*SITES 1-24       50-AMP HOOKUPS*
*SITES 25-34     30-AMP HOOKUPS*



ENTRANCE STATION

N

*J. Strom Thurmond Lake*

SAS AR02097



# MODOC CAMPGROUND

| | |
|---|---|
| Sites 1 -10 | 30 amp hookups |
| Site 11 | Primitive |
| Sites 12 - 15 | 30 amp hookups |
| Sites 16 - 70 | 50 amp hookups |

SAS AR02098



**US Army Corps
of Engineers**
Savannah District

# *Mount Carmel Campground*

*Mount Carmel Campground*
*SITES 1-21  50 AMP HOOKUPS*
*SITES 22-26 PRIMITIVE*
*SITES 27-44 50 AMP HOOKUPS*



*J. Strom Thurmond Lake*

N

ENTRANCE
STATION

Ft. Charlotte
Historical Point
Of Interest

Reserve
*your* Place
Under the
Stars
National
Recreation
Reservation
Service

1-877-444-6777
Recreation.gov

SAS AR02099



**US Army Corps of Engineers**
Savannah District

**Reserve** *your* **Place Under the Stars**
National Recreation Reservation Service

Call 1-877-444-6777
Recreation.gov

## Petersburg Campground

SITES 1-64, 73-93  50 AMP HOOKUPS
SITES 65-72  NO HOOKUPS

J. Strom Thurmond Lake

J. Strom Thurmond Lake

N

FISHING DOCK

ENTRANCE STATION

Bartram Trail

Bartram Trail

SAS AR02100



# Raysville Campground

*SITES 1-55, 50 AMP HOOKUPS*

# J. Strom Thurmond Lake

ENTRANCE
STATION

Reserve
*Your* Place
Under the
Stars

National
Recreation
Reservation
Service

Call 1-877-444-6777



**US Army Corps
of Engineers**
Savannah District

## *Ridge Road Campground*

*SITES 1-42,49-69  50 AMP HOOKUPS*
*SITES 43-48  NO HOOKUPS*
*4,35,60,63 DOUBLE SITES*

**N**

ENTRANCE
STATION

## *J. Strom Thurmond Lake*

**Reserve** *your* **Place Under the Stars**
National
Recreation
Reservation
Service

Call 1-877-444-6777
Recreation.gov

SAS AR02102



**US Army Corps of Engineers**
Savannah District

Reserve *Your* Place Under the Stars
National Recreation Reservation Service
Call 1-877-444-6777
Recreation.gov

BEACH

*Winfield Campground*
*J. Strom Thurmond Lake*

*SITES 1-80, 50 AMP HOOKUPS*

N

ENTRANCE STATION

www.lakethurmondcampgrounds.com

SAS AR02103