# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) ) | 4:14-CV-139-HLM (consolidated with 4:15-CV-0009-HLM) |
| U.S. ARMY CORPS OF ENGINEERS et al., | ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS

Pursuant to Local Civil Rule 7.1D, Defendants respectfully move for leave to exceed the page limits with respect to their reply brief in support of their motion for summary judgment ("the reply brief").[1] The reply brief will not exceed 20 pages. Additional pages are required in order to adequately address the constitutional issues raised in this case, and to respond to the arguments raised by Plaintiffs in their opposition brief. Accordingly, Defendants respectfully request that their motion for leave to exceed the page limits with respect to their reply brief be granted. A proposed order is attached hereto.

---

[1] Undersigned counsel states that he contacted counsel for Plaintiffs, who stated that Plaintiffs do not oppose the present motion.

1

Dated:  March 28, 2016

Of Counsel

JOHN A. HORN
United States Attorney

LORI BERANEK
Assistant United States Attorney
600 Richard B. Russell Federal Building
75 Spring Street, S.W.
Atlanta, Georgia 30303
Lori.Beranek@usdoj.gov

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

  /s/ Daniel Riess
JOHN R. TYLER
Assistant Branch Director
DANIEL RIESS
Trial Attorney
U.S. Department of Justice
Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1B for documents prepared by computer.

  /s/ Daniel Riess
Daniel Riess

2

## CERTIFICATE OF SERVICE

I certify that, on March 28, 2016, I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the parties' attorneys of record.

This 28th day of March, 2016.

/s/ Daniel Riess
Daniel Riess
