# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) ) | 4:14-CV-139-HLM (consolidated with 4:15-CV-0009-HLM) |
| U.S. ARMY CORPS OF ENGINEERS et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Having read and considered Defendants' unopposed motion for leave to exceed page limits, it is hereby ORDERED that Defendants' motion is GRANTED, and that on or before March 31, 2016, Defendants shall file a reply brief in support of their motion for summary judgment not exceeding 20 pages.

So ordered this ____ day of _____, 2016.

_____
Harold L. Murphy
United States District Judge