IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| GEORGIACARRY.ORG, INC., et al., | ) ) ) |
| Plaintiffs, | ) CIVIL ACTION FILE NO. ) |
| v. | ) 4:14-CV-139-HLM (consolidated ) with 4:15-CV-0009-HLM) |
| U.S. ARMY CORPS OF ENGINEERS et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Having read and considered Defendants' unopposed motion for leave to exceed page limits, it is hereby ORDERED that Defendants' motion is GRANTED, and that on or before March 31, 2016, Defendants shall file a reply brief in support of their motion for summary judgment not exceeding 20 pages.

So ordered this 28 day of March, 2016.

Harold L. Murphy
United States District Judge