**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| GeorgiaCarry.Org,Inc.,<br>David James,<br>          Plaintiffs<br><br>Vs<br><br>The U.S. Army Corps of Engineers,<br>Jon J. Chytka, in his official<br>Capacity as Commander, Mobile<br>District of the US Army Corps of<br>Engineers<br>          Defendants | CIVIL ACTION FILE<br>NO. 4:14-cv-139-HLM |
| GeorgiaCarry.Org,Inc.,<br>Brian Barrs,<br>          Plaintiffs<br><br>Vs<br><br>The U.S. Army Corps of Engineers,<br>Thomas J. Tickner, in his Official<br>Capacity as Commander, Savannah<br>District of the US Army Corps of<br>Engineers<br>          Defendants | CIVIL ACTION FILE<br>NO. 4:15-cv-9-HLM |

**J U D G M E N T**

This action having come before the court, Honorable Harold L. Murphy, United States District Judge, for consideration of Defendants' motion for summary judgment and Plaintiffs' motion to strike, and the Court having granted Defendants' motion and denied Plaintiffs' motion, it is

**Ordered and Adjudged** that judgment is entered for Defendants against Plaintiffs for costs of this action.

Dated at Rome, Georgia this 25th day of April, 2016.

                                        JAMES N. HATTEN
                                        CLERK OF COURT

                              By:   s/Brenda Hambert
                                    Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
   April 25, 2016
James N. Hatten
Clerk of Court

By:     s/Brenda Hambert
          Deputy Clerk