# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC., *et.al.*, ) | | |
| ) | | |
| Plaintiffs ) | | CIVIL ACTION FILE NO. |
| ) | | |
| v. ) | | 4:14-CV-139-HLM |
| ) | | 4:15-CV-9-HLM |
| ) | | |
| THE U.S. ARMY CORPS OF ) | | |
| ENGINEERS, *et.al.*, ) | | |
| ) | | |
| Defendants. ) | | |

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in this action hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order granting summary judgment to Defendants, entered on April 25, 2016, and all previous adverse orders and rulings that were not included in Plaintiffs' earlier appeal of the denial of a motion for preliminary injunction.  This appeal covers both consolidated cases.

JOHN R. MONROE,

\_\_\_/s/ John R. Monroe_____

–1–

John R. Monroe
John Monroe Law, P.C.
9640 Coleman Road
Roswell, GA 30075
Telephone: (678) 362-7650
Facsimile: (770) 552-9318
jrm@johnmonroelaw.com
Georgia Bar No. 516193

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on May 23, 2016, I served a copy of the foregoing via ECF upon:

Daniel Riess
Daniel.riess@usdoj.gov

                                              /s/ John R. Monroe
                                            John R. Monroe